**DOTAN Y. MELECH**
UNITED AMS, LLC
8350 W. Sahara Ave., Suite 290
Las Vegas, Nevada 89117
Ph:     702. 586.7413
Fax:    702.586.9275

*Receiver*



## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
| Plaintiff, | Case No. 3:13-cv-00061 |
| v. | |
| MPLDP, LLC, a Nevada limited liability company; DEVENDRAKUMAR PATEL, an individual; MEENAKSHI PATEL, an individual; PATEL NORTH EASTERN NEVADA CARDIOLOGY PC, a Nevada professional corporation; DOE DEFENDANTS I-X; and ROE CORPORATION DEFENDANTS XI-XX, inclusive, | **RECEIVER'S MOTION TO APPROVE FINAL REPORT AND REQUEST FOR DISCHARGE AND TO CLOSE CASE** |
| Defendants. | |

COMES NOW, Receiver Dotan Y. Melech of United AMS, LLC, and hereby files this Petition For Discharge. This Notice is made and based on all papers and pleadings herein, all exhibits attached and all oral argument herein, if any.

Dated this 17th day of October 2013.

DOTAN Y. MELECH

8350 W. Sahara Ave., Suite 290
Las Vegas, NV 89117
*Receiver*

DOTAN Y. MELECH
UNITED AMS, LLC
8350 W. Sahara Ave., Suite 290
Las Vegas, Nevada 89117
Ph:    702.586.7413
Fax:   702.586.9275

*Receiver*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                              Plaintiff,<br>v.<br><br>MPLDP, LLC, a Nevada limited liability company; DEVENDRAKUMAR PATEL, an individual; MEENAKSHI PATEL, an individual; PATEL NORTH EASTERN NEVADA CARDIOLOGY PC, a Nevada professional corporation; DOE DEFENDANTS I-X; and ROE CORPORATION DEFENDANTS XI-XX, inclusive,<br><br>                              Defendants. | Case No. 3:13-cv-00061<br><br>**RECEIVER'S MOTION TO APPROVE FINAL REPORT AND REQUEST FOR DISCHARGE AND TO CLOSE CASE** |

The Receiver, Dotan Y. Melech, United AMS, LLC ("Receiver"), moves this Court for an order approving his Final Report and Request to Discharge ("Request") him from his service and duties as Receiver in this matter ("Motion"). This Motion and Request is based upon the papers and pleadings on file and any further evidence or argument submitted and considered by this Court at any hearing on the Report.

## NOTICE OF MOTION

YOU, AND EACH OF YOU, will please take notice that the undersigned is approving the Receiver's request for Approval of his Final Report and hereby discharges him from his duties as Receiver in this matter.

## I.   STATEMENT OF UNDISPUTED FACTS

**A.   History**

1.   Plaintiff, Bank of America, N.A. requested a motion for appointment of Receiver and preliminary injunction for 2715 Argent Rd. Elko, NV, in the County of Elko, NV.   See Exhibit "A".

2.   On 5.23.13 this Court entered an Order Appointing Dotan Y. Melech as Receiver.

3.   On or about 5.28.13 the Receiver performed a site visit and physical takeover of the property.

4.   The Receiver rekeyed both vacant suite at the property and informed all tenants in writing of the Receivership.

5.   The Receiver managed the property and tenants and provided maintenance and landscaping for the property.

7.   On or about 9.9.13 the Receiver was ordered by the court to turn the property back over to the Defendants.

8.   On or about 9.10.13 the Receiver turned the property back over to the Defendants and notified all tenants of the change in writing.   The Receiver also returned security deposit funds to the Defendants in the amount of $12,838.78.

9.   The Receiver is filing the final closeout receivership report with this motion; see Exhibit B.

**A.   The Order Appointing Receiver**

The Order Appointing Receiver granted the following powers to the Receiver.

1.   To enter on and take control of the property.

2.   To care manage the property.

3.   To lease and operate the property.

4.   To demand, collect and receive all rents, revenues and profits for the property.

5.   To maintain insurance for the property.

6.   To make any repairs to the Business.

-2-

7.     To open and utilize bank accounts for the receivership funds.

**C.     Summary of Professional Services Rendered**

Since the appointment of the Receiver, the Receiver took possession of the property, collected financial information, and operated the property.  During the Receivership period, the Receiver was called upon to:

1.     Collect revenue/rent.

2.     Enforce existing leases and collect rent.

3.     Prepare monthly reports, including financials.

4.     Maintain and preserve bank accounts.

5.     Assess and address maintenance and tenant needs.

**D.     Receiver's Financial Report**

The initial opening balance for the receivership estate was $86,488.81 (estate funds recovered by the Receiver from the Defendant), of which $50,000.00 was paid to the Plaintiff to be applied towards the settlement with the Defendants, which left a balance of $36,488.81. Additionally, the Receiver received security funds in the amount of $12,838.78, which were returned to the Defendant immediately after the Receiver was ordered by the court to turn the property back over to the Defendants, as previously reported.

Total income collected during the project as of 10.15.13 was $41,180.50.   Total operating expenses as of 10.15.13 were $6,862, Receivership fees were $42,837.50 and accounting fees were $2,750.00, which resulted in a total remaining estate balance of $25,219.53, which was paid back to the Defendants and mailed via certified mail in the form of a check on 10.16.13.

**E.     Receiver's Fees and Costs**

Receivership fees remained outstanding before closeout in the amount of $14,743.75 and consisted of $7,000.00/August, $5,643.75/September and $2,100.00/October.   However, the invoices were paid before the estate was zeroed out and no further receivership fees are due.

1    **F.**     **Approval of Final Report, Discharge of Receiver and Closing Case**

2           The Receiver has prepared a Final Closeout Report, a copy of which is attached hereto

3    and incorporated here in as Exhibit "B".  The Receiver seeks an order approving this final report.

4    The Receiver also seeks an order terminating the receivership and discharging him of his duties.

5    A proposed order approving this motion is attached hereto and incorporated as Exhibit "C".

6    Once the Order Approving the Receiver's Final Closeout Report is entered, the Receiver requests

7    the case be closed.

8

9           Dated this 17th day of October 2013.

10

11                            **DOTAN Y. MELECH**

12

13                            UNITED AMS, LLC

14                            8350 W. Sahara Ave., Suite 290

15                            Las Vegas, Nevada 89117

16

17

18

19

20

21

22

23

24

25

26

27

28

-4-

1  Richard L. Elmore, Esq. (SBN 1405)
   J. Stephen Peek, Esq. (SBN 1758)
2  David J. Freeman, Esq. (SBN 10045)
   HOLLAND & HART LLP
3  5441 Kietzke Lane, Second Floor
   Reno, NV 89511
4  Telephone (775) 327-3000
   Facsimile (775) 786-6179
5  RElmore@hollandhart.com
   SPeek@hollandhart.com
6  DFreeman@hollandhart.com
   *Attorneys for Plaintiff Bank of America, N.A.*

7

8                    **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10  BANK OF AMERICA, N.A.,              | **Case No. 3:13-cv-00061**

11                 Plaintiff,

12  v.

    MPLDP, LLC, a Nevada limited liability
13  company; DEVENDRAKUMAR PATEL, an       **STIPULATION AND ORDER**
    individual; MEENAKSHI PATEL, an        **APPOINTING RECEIVER**
14  individual; PATEL NORTH EASTERN
    NEVADA CARDIOLOGY PC, a Nevada
15  professional corporation; DOE
    DEFENDANTS I-X; and ROE
16  CORPORATE DEFENDANTS XI-XX,
    inclusive
17
                   Defendants.
18

19

20          **STIPULATION AND ORDER APPOINTING RECEIVER**

21          IT IS HEREBY STIPULATED, AGREED, AND UNDERSTOOD, by and between

22  Plaintiff Bank of America N.A. ("Bank of America" or "Plaintiff"), by and through its

23  attorneys, Holland & Hart, LLP, and Defendants MPLDP, LLC ("Borrower"), Devendrakumar

24  Patel ("D. Patel"), Meenakshi Patel ("M. Patel") and Patel North Eastern Nevada Cardiology,

25  PC ("PNENC") (D. Patel, M. Patel and PNENC are collectively, the "Guarantors") (Borrower

26  and Guarantors are collectively, the "MPLDP Group" or "Defendants"), by and through its

27  attorneys, Loizzi and Associates, P.C. and Consumer Attorney Services, The McCann Law

28  Group, LLP, (Plaintiff and Defendants are individually referred to herein as a "party" and

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511

6209360_1.DOCX                   Page 1 of 11

collectively as the "parties"), that it is appropriate pursuant to NRS 107.100, NRS 107A.260 and NRS 32.010 to appoint a receiver over the real property described herein for the purpose of protecting such property during the pendency of foreclosure proceedings instituted by Plaintiff. The parties accordingly submit this Stipulation and Order Appointing Receiver for the approval and enforcement of the Court and hereby stipulate as follows:

1.     Plaintiff initiated this action by filing a Complaint on the 8th day of February, 2013, for the appointment of a receiver for the operation, management, inspection, and possible disposition of the real property owned by Borrower and located at 2715 Argent Ave., Elko, NV 89801 (the "Property"), under the authority of NRS 107.100, NRS 107A.260 and NRS 32.010 and certain loan documents evidencing and securing a $1.7 million loan issued to Borrower by Plaintiff.  The Assessor Parcel Number for the Property is 001-660-099.

2.     The parties consent and stipulate to the appointment of a receiver under the terms of the loan documents, specifically the Deed of Trust (as defined in the Complaint), and that the appointment of a receiver is necessary to conserve, preserve, protect and administer the Property.

3.     Dotan Y. Melech, President of United AMS shall be, and hereby is, appointed the receiver ("Receiver") of the Property, which appointment shall become effective at 12:00 a.m., on the 22nd day of May, 2013 (the "Effective Date").

4.     The Receiver shall not be required to file or post a bond.

5.     The Court appoints the Receiver the managing agent of the Property, to take control of the Property, together with all related documents, books, records, papers, and accounts of Borrower related to the Property.

6.     Borrower and any and all persons or entities acting under its direction or on its behalf is directed and ordered to immediately surrender to the Receiver all property and assets of the Property including, but not limited to the following:

    a.     All royalties, rents, revenues, issues, profits, and income of the Property;

    b.     All deposits, regardless of when received, together with all books, records, deposit books, checks and check books, together with names, addresses, contact names,

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511

1    telephone and facsimile numbers where any and all deposits are held, plus all account numbers;

2             c.    All accounting records, accounting software, computers, laptops,

3    passwords, books of account, general ledgers, accounts receivable records, accounts payable

4    records, cash receipts records, checkbooks, accounts, passbooks, and all other accounting

5    documents;

6             d.    All vendors, advertisers and other client's names, addresses, telephone,

7    facsimile and account numbers or other similar records;

8             e.    All accounts receivable, payments, rents including all statements and

9    records of deposits, advances, and prepaid contracts or rents, if applicable;

10           f.    All contracts, agreements, leases and subleases, including all

11    amendments, modifications, and renewals thereof, as well as all proposed contracts, agreements,

12    leases and subleases (whether or not executed) and copies of any and all documents pertaining

13    to any negotiations for the Property;

14           g.    All vehicles both new and used at all locations;

15           h.    All insurance policies, including workers' compensation, business,

16    liability and property damage coverage, name and address of insurance companies, amount of

17    coverage and expiration dates of each policy;

18           i.    The names, addresses and account numbers of all utility and

19    communications companies providing services to the Property;

20           j.    All environmental reports or studies, including ADA surveys;

21           k.    All tax assessments, liens, and notices of delinquency, and penalty

22    notices;

23           l.    All mechanics' liens, stop notices, or demands for payment by actual or

24    potential mechanics lienors;

25           m.    All maintenance/service contracts;

26           n.    All bills and invoices unpaid as of the date of this Order;

27           o.    All licenses, permits, notices, approvals, citations, violations, and fines

28    whether in effect or lapsed, issued by any federal, state, county or public agency;

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511

p.   All tax returns, schedules, operating statements including the most current operating statement;

q.   All business plans, whether completed or proposed;

r.   All keys, security codes, or other security companies and information relating to the building and improvements utilized by the Property;

s.   All original documents of formation and title documents relating to Borrower;

t.   Computers owned by Borrower and information stored on computer storage media, including all passwords and/or other relevant information needed to access all records and files maintained on any computer, server, or other electronic device located on the Property, together with passwords and/or other relevant information needed to access Borrower's, and its agents', representatives', and employees' email accounts;

u.   All contracts or agreements including all member, insider, employee files and agreements, contracts, health plans and pension plan files;

v.   All work orders, including all amendments, modifications, and revisions thereof, whether in process or recently completed;

w.   All documents relating to repairs, including all estimated costs of repair;

x.   All inspection reports, appraisals, assessments, correspondence, or memoranda regarding the condition or value of the Property; and

y.   All documents relating to any potential purchasers or their agents interested in the acquisition of any property of the Property.

7.   Any and all persons or entities acting under Borrower's direction or on its behalf are further directed and ordered to deliver to the Receiver all rents, revenues, issues, profits, and security deposits of and from the Property, which may yet come into their possession or come under their control.

8.   Borrower and any and all persons or entities acting under its direction or on its behalf is directed and ordered to immediately advise the Receiver about the nature and extent of insurance coverage on the Property and name the Receiver as an additional insured on each

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511

1   insurance policy on the Property within 20 days of this Order.

2       9.    Pending further order of this Court, Borrower, its officers, managers, members

3   and each of its respective partners, principals, directors, agents, servants, and employees, and all

4   persons or entities acting under or in concert with it, or for it, and all other persons with actual

5   or constructive knowledge of this Order, and each of them, shall not:

6       a.    Commit or permit any waste on the Property or any part thereof, or suffer

7   or commit or permit any act on the Property or on any part thereof in violation of law, or

8   remove, transfer, encumber or otherwise dispose of any of the Property or the fixtures thereon,

9   or the Property or any part thereof;

10       b.    Directly or indirectly interfere in any manner with the discharge of the

11   Receiver's duties under this Order or the Receiver's possession of and preservation and

12   maintenance of the Property or related litigation, and shall not interfere with Plaintiff or the

13   Receiver in any way connected with the Receiver's protection of Plaintiff's interests in the

14   Property;

15       c.    Interfere with the Receiver's right to immediate possession of all

16   accounts of Borrower's holding rents and profits from the Property, and shall turn over all such

17   funds held, wherever held, to the Receiver in furtherance of his duties in furtherance of the

18   receivership estate;

19       d.    Demand collection, receive, or in any way divert or use any of the mail,

20   income, royalties, rents, issues, profits, accounts receivable or other income from the Property

21   and interfere in any manner with collecting or receiving any mail, income, rents, royalties,

22   issues, accounts receivable, profits or substitution thereof;

23       e.    Expend, disburse, transfer, assign, sell, convey, devise, pledge, mortgage,

24   create a security interest in, encumber, conceal or in any manner whatsoever deal in or dispose

25   of the whole or any part of the Property, or Borrower's books and records, without prior court

26   order;

27       f.    Do any act which will, or which will tend to, impair, defeat, divert,

28   prevent or prejudice the preservation of the Property, Borrower's books and records, the

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511

1   preservation of Plaintiff's interest in the Property and/or Plaintiff's other collateral;

2          g.      Cancel, modify or reduce the insurance coverage in place for the

3   Property.

4          10.     Within 60 days of taking control and possession of the Property under this Order,

5   the Receiver shall file an inventory itemizing all personal property of which he has taken

6   control or possession and shall promptly file supplemental inventories of any personal property

7   subsequently coming into the receivership estate.

8          11.     The Receiver is hereby authorized to hire, employ, retain, and terminate property

9   managers, consultants, brokers, professionals and any other personnel or employees, which the

10  Receiver deems necessary to assist him in the discharge of his duties.  The Receiver may not

11  employ general counsel, unlawful detainer attorneys and eviction services without first

12  obtaining an order of the Court authorizing such employment.  The compensation of such

13  persons shall be fixed by the Court, after hearing, upon the applicant's verified application

14  setting forth in reasonable detail the nature of the services.

15         12.     The Receiver may charge the Receiver's customary hourly rates, plus costs and

16  expenses, subject to court review for reasonableness.

17         13.     To be paid on a monthly basis, the Receiver must serve a statement of account on

18  all parties each month for the time and expense incurred in the preceding calendar month.  If no

19  objection thereto is served on the Receiver on or within ten (10) days following service thereof,

20  such statement of account may be paid.  If an objection, which shall be made on a line item

21  basis with a statement of the reason for such objection, is timely served, the specific items

22  objected to in such statement of account shall not be paid absent further order of the Court.  In

23  the event objections are timely made to fees and expenses, objected to fees and expenses shall

24  be paid within ten (10) days of an agreement among the parties or, in the absence of such an

25  agreement, after entry of a Court order adjudicating the matter.

26         14.     The Receiver shall prepare on a monthly basis, beginning 60 days after his

27  appointment and for so long as the Property shall remain in his possession or care, reports

28  setting forth all receipts and disbursements, cash flow, changes in the assets in his charge,

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511

6209360_1.DOCX                        Page 6 of 11

1  claims against the assets in his charge, and other relevant operational issues that have occurred

2  during the preceding month.  The Receiver shall serve a copy of this report on the attorneys of

3  record for the parties and any other interested parties who request the same.

4      15.    The Receiver shall lease, operate, manage, control and conduct the Property and

5  its business and incur the expenses necessary in such operation, management, control, and

6  conduct in the ordinary and usual course of business concerning the Property, and shall do all

7  things and incur the risks and obligations ordinarily incurred by owners, managers, and

8  operators of similar properties, and no such risks or obligations so incurred shall be the personal

9  risk or obligation of the Receiver or those who are acting or have acted on behalf of the

10  Receiver, but shall be a risk or obligation of the receivership estate.  Notwithstanding the

11  foregoing, the Receiver's actions shall be subject to, and shall not breach, the Loan Documents.

12      16.    The Receiver is authorized to open and maintain checking and savings accounts

13  and the like, in the name of the receivership estate, in a federally insured lending institution, and

14  shall pay only those bills which are reasonable and necessary for the operation of the Property.

15  The Receiver shall obtain Court approval prior to making capital expenditures or payment of

16  unsecured debt (other than ordinary and necessary trade accounts payable), or payments other

17  than those ordinarily and necessarily incurred in the operation of the Property.  The Receiver

18  may pay, at his discretion, amounts to Plaintiff to reduce the amounts due, owing and unpaid by

19  Borrower and reduce the accrual of interest on such amounts.

20      17.    The Receiver shall not be responsible for payment of any real property taxes,

21  unpaid payroll expenses, unpaid utilities (including without limitation, electricity, gas, water,

22  sewage, garbage, television/cable and telephone), or other unpaid invoices for services incurred

23  by Borrower or for the benefit of the Property prior to the Receiver's taking possession of the

24  Property.  The Receiver is authorized to open new customer accounts with each utility that

25  provides services to the Property.

26      18.    The Receiver shall have no responsibility for filing federal and/or state income

27  tax returns or federal or state payroll tax returns and shall not be responsible for paying any

28  unpaid federal and state payroll taxes and expenses of Borrower.

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511

6209360_1.DOCX                    Page 7 of 11

19.     The Receiver, as managing agent for the Property, is authorized to negotiate, make, enter into, or modify contracts or agreements affecting any part or all of the Property and to immediately terminate any existing contract, agreement or instrument which is not, in the Receiver's sole and absolute discretion, deemed commercially reasonable or beneficial to the operation of the Property, subject to the consent of Plaintiff.

20.     Any security or other deposits which tenants have paid to Borrower or its agents and which are not paid to the Receiver and over which the Receiver has no control, shall be obligations of Borrower and may not be refunded by the Receiver without an order of the above entitled Court.  Any other security or other deposits which tenants have paid or may pay to the Receiver, if otherwise refundable under the terms of their leases or agreements with the Receiver, shall be refundable by the Receiver in accordance with such leases or agreements. The Receiver shall exercise commercially reasonable discretion in determining whether to refund a security deposit to a tenant.

21.     The Receiver may demand, collect, and receive all rents, revenues, and profits for the Property or any part of it that are owed, unpaid, and uncollected as of the Effective Date of this Order, or hereafter to become due.

22.     Subject to further order of this Court, the Receiver may institute and prosecute all suits as may be reasonably necessary in the Receiver's judgment to protect the Property, and to defend all such suits and actions as may be instituted against the Receiver.

23.     The Receiver may obtain and pay any reasonable price for any lawful license and, to the extent permitted by law, exercise the privileges of any existing license issued in connection with the Property or any business transacted with respect to it, until further order of the Court, and to do all things necessary to protect and maintain said licenses, including, but not limited to, taking such license in the name of the Receiver personally or a nominee of the Receiver personally.

24.     Without further order of this Court, the Receiver may from time to time borrow funds from Plaintiff in the performance of his duties hereunder, if necessary, and may issue Receiver's Certificates of Indebtedness ("Certificates") in each instance to evidence such

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511

borrowings.  Any such funds advanced by Plaintiff, whether or not evidenced by the issuance of Certificates, shall be considered advances made under the Loan Documents and such advances shall be secured by the Loan Documents with the same priority as all other amounts evidenced by the Loan Documents.  Nothing herein shall obligate Plaintiff to advance all or any part of the borrowings authorized herein.  Upon court approval, Borrower shall be liable for any such advances by Plaintiff to the Receiver.

25.     Except as otherwise provided in this Order, the Receiver shall hold and retain all money that may come into Receiver's possession, custody, and control by virtue of his appointment and not expended for any other authorized purpose, until further order of this Court.

26.     The Receiver shall maintain adequate insurance over the Property to the same extent and in the same manner as it has heretofore been insured, or as in the judgment of the Receiver may seem fit and proper, and to, the extent necessary, cause all presently existing policies to be amended by adding Receiver and the receivership estate as an additional insured within five (5) business days of the entry of this Order.  Notwithstanding the foregoing, all insurance must comply with the requirements set forth in the Loan Documents.   If there is inadequate insurance or insufficient funds in the receivership estate to procure adequate insurance, the Receiver is directed to immediately take appropriate action to remedy the deficiency and to notice this Court regarding such deficiency.   The Receiver shall not be personally responsible for any claims relating to the Property whether arising during the period in which the Property is uninsured or underinsured, or otherwise.

27.     The Receiver may pursue a private sale of the Property or a portion thereof (a) by retaining qualified real estate professionals, including but not limited to, real estate appraisers, brokers, or agents, to list and market the Property, and (b) by negotiating a sale of the Property with a purchaser.  Any such proposed sale of the Property or a portion thereof shall not be effective without written approval of the Plaintiff and the Court.

28.     The Receiver and the parties to this action may, from time to time, on *ex parte* basis or noticed motion on shortened time, petition this Court for instructions in pursuance of

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511

1   this Order and further orders this Court may hereafter make.

2       29.     No individual or entity may sue the Receiver without first obtaining the

3   permission of this Court.

4       30.     All parties to this action shall bring any future litigation involving the use,

5   possession or control over the Property in this Court or the parties to such litigation shall first

6   obtain leave of this Court except the Receiver is authorized and granted leave to bring any

7   unlawful detainer actions relating to the Property in any court.

8       31.     Upon receipt of a copy of a recorded trustee's deed upon foreclosure or written

9   notice from Plaintiff that Borrower has cured the defaults existing under the Loan Documents or

10  that Plaintiff has accepted deeds in lieu of foreclosure, the Receiver shall, without further order

11  of the Court, turn over possession of the Property to the successful purchaser, or Plaintiff,

12  respectively.

13      32.     No later than 60 days after the receivership terminates, the Receiver shall file and

14  serve a motion for approval of the Receiver's final report and account and exoneration of the

15  Receiver's bond, if any.  The Receiver shall give notice of such motion to all persons of whom

16  the Receiver is aware who have potential claims against receivership property.  The motion to

17  approve the final report and account and for discharge of the Receiver shall contain the

18  following:  (1) a declaration or declarations (i) stating what was done during the receivership;

19  (ii) certifying the accuracy of the final accounting; (iii) stating the basis for the termination of

20  the receivership (such as foreclosure or reinstatement); and (iv) stating the basis for an order for

21  the distribution of any surplus or payment of any deficit; and (2) a summary of the receivership

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511

6209360_1.DOCX

1    accounting, which shall include (i) the total revenues received; (ii) the total expenditure

2    identified and enumerated by major categories; (iii) the net amount of any surplus or deficit; and

3    (iv) evidence of necessary supporting facts.

4    DATED this 21st day of May, 2013.              DATED this 21st day of May, 2013.

5    /s/ David J. Freeman                           /s/Steven T. Loizzi

6    Richard L. Elmore, Esq.                        Steven T. Loizzi , Jr., Esq.
     J. Stephen Peek, Esq.                          Loizzi and Associates, P.C. and

7    David J. Freeman, Esq.                         The McCann Law Group, LLP
     Holland & Hart LLP                             Consumer Attorney Services

8    5441 Kietzke Lane, Second Floor                3530 E. Flamingo Rd.

9    Reno, NV 89511                                 Las Vegas, NV 89121

10   *Attorneys for Plaintiff Bank of America, N.A.*   *Attorneys for Defendants*

11

12

13

14   **IT IS SO ORDERED**

15   DATED:  This 23rd day of May, 2013.

16

17   _____

18   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511



# SEPTEMBER 2013
## Final Closeout Receivership Report



8350 W. Sahara Ave. Suite #290
Las Vegas, NV 89117

Dotan Y. Melech
President

office    (702) 586-7413
toll free (877) 990-UNITED
fax       (702) 586-9275
dym@UnitedAMS.com
www.UnitedAMS.com

AZ  CA  FL  NV

MPLDP, LLC.
2715 ARGENT AVE

**ELKO, NEVADA**

## *INDEX:*

1.   EXECUTIVE SUMMARY

   a.   *Receiver Closeout Summary*
   b.   *Receiver Financial Summary*
   c.   *Cumulative P&L*
   d.   *Receiver Invoices*

2.   FINANCIALS - SUMMARY/REPORT

   i.    *VCR CPA's Summary*
   ii.   *Exhibit A:  Budget – Not Applicable*
   iii.  *Exhibit B:  Rent Roll*

   b.   *Financials*

3.   CORRESPONDENCE – MISCELLANEOUS

   a.   *Stipulation Order*
   b.   *Letter from Receiver to Tenants – 9.9.13*

4.   AGREEMENTS

   a.   *None*

**DOTAN Y. MELECH**
UNITED AMS, LLC
8350 W. Sahara Ave., Suite 290
Las Vegas, Nevada 89117
Ph:     702. 586.7413
Fax:    702.586.9275

*Receiver*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                            Plaintiff,<br>v.<br><br>MPLDP, LLC, a Nevada limited liability company; DEVENDRAKUMAR PATEL, an individual; MEENAKSHI PATEL, an individual; PATEL NORTH EASTERN NEVADA CARDIOLOGY PC, a Nevada professional corporation; DOE DEFENDANTS I-X; and ROE CORPORATION DEFENDANTS XI-XX, inclusive,<br><br>                            Defendants. | Case No. 3:13-cv-00061<br><br>**FINAL CLOSEOUT RECEIVER REPORT** |

I, Dotan Y. Melech, the duly appointed, qualified, and acting Receiver herein ("Receiver"), make this final report as follows:

## EXECUTIVE SUMMARY

The Receiver was appointed on 5.23.13 and continues to operate the estate with the following professionals in place:

      a.  VCR CPA's – Accounting Review

      b.  After Effects, LLC. – On-site Maintenance

The Receiver continues to work with the team of professionals put in place at the commencement of the Receivership to provide assistance for the receivership.  VCR CPA's was contracted to perform the accounting reconciliations and reviewed CPA financial reporting.

1    After Effects, LLC was contracted to supply on-site maintenance inspections of the property and

2    maintain overall cleanliness of the property.

3         On 9.9.13 the Receiver received a Stipulation and Order Authorizing Turnover of

4    Receivership Property and Issuance of a Final Report. This report will serve as the final closeout

5    receivership report (see attached).  Immediately following the receipt of the above-mentioned

6    stipulation, the Receiver contacted the Defendants in writing via-email to inform them of the

7    immediate turnover of the property.  Additionally, the Receiver forwarded a letter addressed to

8    the tenants, notifying them of the change in management and the return of the property to the

9    Defendant, which was hand delivered by After Effects, LLC, (see attached).

10

11    **FINANCIAL SUMMARY:**

12

13         The below are the financial activities for the asset for the months of August and

14    September 2013.

15    AUGUST:

16    **Income:**

17        Income:                  $ 15,849.66

18    **Expense:**

19        Operating Expenses    $ 2,251.89

20    **Net Income Before Extraordinary Expense:**     $13,597.77

21    **Other Expenses:**

22        Accounting Fees     $ 2,250.00

23        Receivership fees    $ 11,975.00

24        Legal Fees         $

25    **Net Income After Extraordinary Expense**     ($627.23)

26

27

28

SEPTEMBER:

**Income**:

    Income:                  $ 3,034.81

**Expense:**

    Operating Expenses      $ 44,9347

**Net Income Before Extraordinary Expense:**      $1,186.14

**Other Expenses:**

    Accounting Fees        $ 500.00

    Receivership fees      $16,118.75

    Legal Fees             $

**Net Income After Extraordinary Expense**      ($14,770.08)

The initial opening balance for the receivership estate was $86,488.81 (estate funds recovered by the Receiver from the Defendant), of which $50,000.00 was paid to the Plaintiff to be applied towards the settlement with the Defendants, which left a balance of $36,488.81. Additionally, the Receiver received security funds in the amount of $12,838.78, which were returned to the Defendant immediately after the Receiver was ordered by the court to turn the property back over to the Defendants, as previously reported.

Total income collected during the project as of 10.15.13 was $41,180.50. Total operating expenses as of 10.15.13 were $6,862, Receivership fees were $42,837.50 and accounting fees are $2,750.00, which resulted in a total remaining estate balance of $25,219.53, which is being paid back to the Defendants. The check for the Defendants will be mailed via certified mail. See attached copy of check.

Therefore, the estate accounts have been zeroed out and will be closed with the bank. The general ledger balances as of 10.15.13 were as follows (see attached zero balance sheet dated 10.15.13):

-     Security checking account: $0

-     Operating checking account:  $0

1       Receivership fees remained outstanding before closeout in the amount of $14,743.75 and

2  consisted of $7,000.00/August, $5,643.75/September and $2,100.00/October; see attached

3  invoices.   However, the invoices were paid before the estate was zeroed out and no further

4  receivership fees will be charged.

5

6      Dated this 15th day of October 2013.

7

8                **DOTAN Y. MELECH**

9

10                UNITED AMS, LLC

11                8350 W. Sahara Ave., Suite 290
                  Las Vegas, Nevada 89117

# Elko, NV Receivership
## Balance Sheet

### All Dates

|  | Total |
|---|---|
| **ASSETS** |  |
| **Current Assets** |  |
| **Bank Accounts** |  |
| **1000 Cash** |  |
| 1030 City National Operating - 3159 | 0.00 |
| 1032 City National Security - 3302 | 0.00 |
| **Total 1000 Cash** | 0.00 |
| **Total Bank Accounts** | $0.00 |
| **Total Current Assets** | $0.00 |
| **TOTAL ASSETS** | $0.00 |
| **LIABILITIES AND EQUITY** |  |
| **Liabilities** |  |
| **Current Liabilities** |  |
| **Other Current Liabilities** |  |
| 2210 Security Deposits Held | 12,838.78 |
| **Total Other Current Liabilities** | $12,838.78 |
| **Total Current Liabilities** | $12,838.78 |
| **Total Liabilities** | $12,838.78 |
| **Equity** |  |
| 3800 Owner's Draw | (38,058.31) |
| 3900 Retained Earnings | 0.00 |
| Owner's Contribution | 36,488.81 |
| Net Income | (11,269.28) |
| **Total Equity** | $ (12,838.78) |
| **TOTAL LIABILITIES AND EQUITY** | $0.00 |

Tuesday, Oct 15, 2013 05:32:01 PM PDT GMT-7 - Cash Basis

# Elko, NV Receivership
# Profit & Loss

### As of October 15, 2013

| | Total |
|---|---|
| **Income** | |
| 4000 Rental Revenue | 0.00 |
| 4190 Actual Cash Rent Receipts | 41,180.50 |
| Total 4000 Rental Revenue | **41,180.50** |
| **Total Income** | **$41,180.50** |
| **Gross Profit** | **$41,180.50** |
| **Expenses** | |
| 6000 Administrative | 0.00 |
| 6010 Bank Charges | 100.00 |
| 6070 Supplies & Materials | 361.35 |
| 6080 Postage & Shipping | 45.95 |
| Total 6000 Administrative | **507.30** |
| 6200 Contract Services | 0.00 |
| 6210 Cleaning | 630.00 |
| Total 6200 Contract Services | **630.00** |
| 6400 Repair & Maintenance | 0.00 |
| 6405 HVAC | 650.00 |
| 6406 Building | 1,792.55 |
| 6410 Electrical/Lighting | 410.00 |
| 6420 Landscaping | 157.50 |
| 6421 Lock & Keys | 1,014.48 |
| 6422 Materials | 31.22 |
| 6426 Plumbing | 308.86 |
| Total 6400 Repair & Maintenance | **4,364.61** |
| 6900 Utilities | 0.00 |
| 6920 Electric | 50.02 |
| 6945 Rubbish Removal | 240.39 |
| 6965 Sewer | 782.69 |
| 6968 Water | 235.73 |
| Total 6900 Utilities | **1,308.83** |
| Freight & Delivery | 29.43 |
| Travel Meals | 22.11 |
| **Total Expenses** | **$6,862.28** |
| **Net Operating Income** | **$34,318.22** |
| **Other Expenses** | |
| 7100 Other Expenses | 0.00 |
| 7110 Accounting | 2,750.00 |
| 7130 Receivership Fees | 42,837.50 |
| Total 7100 Other Expenses | **45,587.50** |

| | Total |
|---|---|
| **Total Other Expenses** | $45,587.50 |
| **Net Other Income** | $ (45,587.50) |
| **Net Income** | $ (11,269.28) |

Tuesday, Oct 15, 2013 05:33:08 PM PDT GMT-7 - Cash Basis

**MPLDP, LLC ELKO, NV**
**OPERATING ACCOUNT**
8350 WEST SAHARA AVE., SUITE 290
LAS VEGAS, NV 89117

2232
16-1606/1220


CITY NATIONAL BANK

Summerlin Centre Banking Office
10801 West Charleston Boulevard
Las Vegas, Nevada 89135

DATE   10/15/2013

PAY TO THE
ORDER OF      MPLDP LLC                                      $ **25,219.53

Twenty-five thousand two hundred nineteen and 53/100************************************************************  DOLLARS

MPLDP LLC
Attn: Meena Patel
223 Greencrest Drive
Spring Creek, NV  89815

MEMO

Receivership Close Out              SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈002232⑈ ⑆122016066⑆ 370⑈153159⑈

---

MPLDP, LLC ELKO, NV - OPERATING ACCOUNT                                      2232
        10/15/2013        MPLDP LLC

                    Receivership Close Out                          25,219.53

*Mailed Certified Mail 10.16.13*

1030 Cash:City Natio   Receivership Close Out                      25,219.53

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .46 |
| Certified Fee | $3.10 |
| Return Receipt Fee (Endorsement Required) | $2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $6.11 |

Postmark Here

10/16/13

Sent To: MPLDP, LLC / Meena Patel
Street, Apt. No.; or PO Box No. 223 Greencrest Drive
City, State, ZIP+4 Spring Creek, NV 89815

7009 2820 0001 8841 4231

PS Form 3800, August 2006          See Reverse for Instructions



# Invoice

| Date | Invoice # |
|------|-----------|
| 9/25/13 | 1214 |

8350 W. Sahara Ave., Suite 290
Las Vegas, NV 89117

| Bill To |
|---------|
| Bank of America<br>Attn: Tom Nguyen<br>101 S. Marengo Ave, 3rd Floor<br>Pasadena CA 91101 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Upon Receipt | Elko Receivership |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Dotan Y. Melech Services: ELKO receivership time – AUG 2013 | 11 | 275.00 | 3,025.00 |
| Susanne D. Shultis Services: ELKO receivership time – AUG 2013 | 5.75 | 150.00 | 862.50 |
| Melissa Cardenas Services: ELKO receivership time – AUG 2013 | 8.75 | 150.00 | 1,312.50 |
| Claudia Guzman Services: ELKO receivership time – AUG 2013 | 0.5 | 150.00 | 75.00 |
| Jessica White Services: ELKO receivership time – AUG 2013 | 3.5 | 150.00 | 525.00 |
| JR Robles Services: ELKO receivership time – AUG 2013 | 7.25 | 150.00 | 1,087.50 |
| Greg Seehafer Services: ELKO receivership time – AUG 2013 | 0.5 | 225.00 | 112.50 |

Reviewed and approved by Dotan Y. Melech

| Total | $7,000.00 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,000.00 |

## NV ELKO 2715 Argent Ave.
### Timesheet report: 08/01/2013 - 08/31/2013

| Date | Description | Hours | Hours * Rate |
|------|-------------|-------|--------------|
| **Dotan Y. Melech (@ $275.00)** | | | |
| 08/01/13 | Review Stip. Call w/PM. Misc. corr. | 1.00 | $275.00 |
| 08/02/13 | Prep/Review Report. Misc. corr. | 1.00 | $275.00 |
| 08/05/13 | Final Prep/Review Report. Misc. corr. | 0.75 | $206.25 |
| 08/06/13 | Status follow up PM. Review Status Report. | 0.50 | $137.50 |
| 08/09/13 | Acct. & Payables Review and Approval. Misc. corr. | 1.00 | $275.00 |
| 08/12/13 | Staff Meeting. Status and Performance Review. | 0.50 | $137.50 |
| 08/19/13 | Status Review a/PM and Staff. Misc. corr. and Follow ups. Acct. & Payables Review and Approval. | 1.00 | $275.00 |
| 08/21/13 | Corr. w/Tenant. Meeting w/PM. Misc. corr. | 1.00 | $275.00 |
| 08/22/13 | Closeout Status Review. Review Financials. Misc. corr. | 1.00 | $275.00 |
| 08/23/13 | Acct. & Payables Review and Approval. | 0.50 | $137.50 |
| 08/26/13 | Closeout/Schedule Review and Follow Up w/PM. Misc. corr. | 1.00 | $275.00 |
| 08/29/13 | Closeout Status. Meeting w/PM. | 0.50 | $137.50 |
| 08/30/13 | Acct. & Payables Review and Approval. Prep/Review Report. Misc. corr. | 1.25 | $343.75 |
| | **Totals** | **11.00** | **$3,025.00** |
| **Susanne Shultis (@ $150.00)** | | | |
| 08/01/13 | Coord/call w/Elko court regarding filing report; review monthly report/coord. report compilation. | 1.00 | $150.00 |
| 08/13/13 | Project meeting/update w/cpa. | 0.25 | $37.50 |
| 08/14/13 | Corresp w/ins. broker re: policy; make deposit. | 0.75 | $112.50 |
| 08/20/13 | Make deposit. | 0.25 | $37.50 |
| 08/21/13 | Corresp w/proj mgr re: Salon lease termination. | 0.25 | $37.50 |
| 08/23/13 | Call w/Robert Michael re: salon lease/taking over. | 0.25 | $37.50 |
| 08/27/13 | Project review w/cpa re: close. | 0.25 | $37.50 |
| 08/28/13 | Call w/Carolyn Ray/Spa tenant re: move out 9.30.13; call with interested party for space of Spa; project update with PM; review Morey lease/prep letter to tenant re: rent owed; discussed new possible tenant for spa space; call to Mrs. Patel. | 1.25 | $187.50 |
| 08/30/13 | Review draft of letter to Zeal by Morey re: rent owed; finalize monthly report and post report. | 1.50 | $225.00 |
| | **Totals** | **5.75** | **$862.50** |
| **Melissa Cardenas (@ $150.00)** | | | |
| 08/01/13 | Corresp w/counsel re: Stip; corresp w/PM re: monthly report. | 0.50 | $75.00 |
| 08/02/13 | Corresp w/tenant re: marquis sign; Review and make changes to monthly report. | 1.00 | $150.00 |
| 08/05/13 | Review and correct monthly report; corresp w/PM re: repairs needed and work completed. | 1.75 | $262.50 |
| 08/06/13 | Acting project meeting; review billing and fwd to acting. | 0.50 | $75.00 |
| 08/08/13 | Review and approve weekly payables; corresp w/admin re: filing of report. | 0.50 | $75.00 |
| 08/12/13 | Corresp w/PM re: invoices for project; Corresp w/admin re: filing of the monthly report. | 0.50 | $75.00 |
| 08/13/13 | Corresp w/PM re: sign and bulb replacements. | 0.25 | $37.50 |
| 08/15/13 | Review and approve weekly payables; corresp w/counsel re: update on court dismissal. | 0.50 | $75.00 |
| 08/21/13 | Review and approve weekly payables. | 0.25 | $37.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/22/13 | Corresp w/PM re: Ray Salon; contact defendants re: stip and order; corresp w/defendant. | 0.75 | $112.50 |
| 08/23/13 | Corresp w/PM re: fees owed to Receiver; corresp w/defendant. | 0.50 | $75.00 |
| 08/27/13 | Weekly CPA meeting. | 0.25 | $37.50 |
| 08/28/13 | Review and approve weekly payables; conference call w/Dr. Patel. | 0.50 | $75.00 |
| 08/29/13 | Review billing and fwd to accting; review report and make changes. | 1.00 | $150.00 |
| | **Totals** | **8.75** | **$1,312.50** |
| | **Claudia Guzman (@ $150.00)** | | |
| 08/05/13 | Create cover sheet; create shipping labels. copy report for file. | 0.50 | $75.00 |
| | **Totals** | **0.50** | **$75.00** |
| | **Jessica White (@ $150.00)** | | |
| 08/01/13 | Monthly report; Requested instruction from the County Clerk of Elko on how to file a receiver report with the court. | 0.75 | $112.50 |
| 08/05/13 | Monthly report/redact; Delivered May-July report to to UPS Store to be mailed to Elko County Clerk's Office to be filed. | 1.25 | $187.50 |
| 08/07/13 | Mailed report via UPS, Elko May-July report to the US District Court, District of Nevada-Reno to be filed. | 0.50 | $75.00 |
| 08/08/13 | Contacted U.S. District Court to and received confirmation that Elko May-July report was filed. | 0.25 | $37.50 |
| 08/09/13 | Monthly report preparation. | 0.25 | $37.50 |
| 08/13/13 | Monthly report; Received call from US District Court that UPS did not make a pickup so I scheduled a UPS pickup to have file stamped report mailed back. | 0.50 | $75.00 |
| | **Totals** | **3.50** | **$525.00** |
| | **JR Robles (@ $150.00)** | | |
| 08/01/13 | Elko monthly report write up for review and circulation. Fwd signage findings and contact info to Martin Operating Partnership for direct follow up and install coordination. | 1.50 | $225.00 |
| 08/02/13 | Phone conversation with Martin Operating regarding sign and vendor information delivered and responsibilities of tenant. | 0.25 | $37.50 |
| 08/05/13 | All projects meeting with Melissa and Accounting. | 0.25 | $37.50 |
| 08/12/13 | All projects meeting with PM and Accounting. Fwd Elko invoice to PM for processing. | 0.50 | $75.00 |
| 08/13/13 | Elko marquee sign repair quote obtained from Sal. | 0.25 | $37.50 |
| 08/14/13 | Correspond with Sal regarding marquee sign repair and ETA. | 0.25 | $37.50 |
| 08/20/13 | Correspond with After Effects regarding invoice submitted for marquee sign light bulb replacement. | 0.25 | $37.50 |
| 08/21/13 | All projects meeting with PM and Accounting. | 0.25 | $37.50 |
| 08/22/13 | Elko tenant, Desert Ray Solon, lease review and updates to PM. | 0.25 | $37.50 |
| 08/27/13 | Work on monthly report write up. | 1.00 | $150.00 |
| 08/28/13 | Cont. Monthly report write up continued. | 1.00 | $150.00 |
| 08/29/13 | Cont. report write up and amendments after PM input. | 1.00 | $150.00 |
| 08/30/13 | Communicate and coordinate with Sal and Rich from After Effects regarding an A/C service call received from Desert Ray Spa and portering services needed on property due to climatic weather conditions. | 0.50 | $75.00 |
| | **Totals** | **7.25** | **$1,087.50** |
| | **Greg Seehafer (@ $150.00)** | | |
| 08/09/13 | Review monthly report/comment. | 0.50 | $75.00 |
| | **Totals** | **0.50** | **$75.00** |



# Invoice

| Date | Invoice # |
|------|-----------|
| 10/11/13 | 1216 |

8350 W. Sahara Ave., Suite 290
Las Vegas, NV 89117

| Bill To |
|---------|
| Bank of America<br>Attn: Tom Nguyen<br>101 S. Marengo Ave, 3rd Floor<br>Pasadena CA 91101 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Upon Receipt | Elko Receivership |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Dotan Y. Melech Services: ELKO receivership time - SEP 2013 | 11.25 | 275.00 | 3,093.75 |
| Susanne D. Shultis Services: ELKO receivership time - SEP 2013 | 7.5 | 150.00 | 1,125.00 |
| Melissa Cardenas Services: ELKO receivership time - SEP 2013 | 7.75 | 150.00 | 1,162.50 |
| Claudia Guzman Services: ELKO receivership time - SEP 2013 | 0.25 | 150.00 | 37.50 |
| Jessica White Services: ELKO receivership time - SEP 2013 | 0.5 | 150.00 | 75.00 |
| JR Robles Services: ELKO receivership time - SEP 2013 | 1 | 150.00 | 150.00 |

Reviewed and approved by Dotan Y. Melech

| | |
|---|---|
| **Total** | $5,643.75 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,643.75 |

## NV ELKO 2715 Argent Ave.
### Timesheet report: 09/01/2013 - 09/30/2013

| Date | Description | Hours | Hours * Rate |
|---|---|---|---|
| | **Dotan Y. Melech (@ $275.00)** | | |
| 09/03/13 | Follow up w/Bank, PM and counsel. Review progress, performance and status w/PM. | 1.25 | $343.75 |
| 09/04/13 | Closeout review. Meeting w/PM. | 1.00 | $275.00 |
| 09/06/13 | Acct. & Payables Financial Review. Misc. Corr. | 1.00 | $275.00 |
| 09/09/13 | Review turnover motion. Misc. corr. Meeting w/PM reg. closeout and transfer of assets to Defendant. | 1.25 | $343.75 |
| 09/11/13 | Corr. re: closing/title issues. Follow up meeting w/PM. | 1.00 | $275.00 |
| 09/13/13 | Status and transfer review. Meeting w/PM. Misc. corr. | 0.75 | $206.25 |
| 09/16/13 | Acct & Payables Financial Review. Misc. corr. | 1.00 | $275.00 |
| 09/19/13 | Acct. & Payables Financial Review. Misc. corr. | 1.00 | $275.00 |
| 09/20/13 | Banking/Financial and Closing Review. Misc. corr. Meeting w/PM. | 1.00 | $275.00 |
| 09/26/13 | Misc. corr. Call w/PM. Status Review. Financial Review. | 1.00 | $275.00 |
| 09/27/13 | Closeout Status Review. Misc. corr. Call w/PM. | 1.00 | $275.00 |
| | **Totals** | **11.25** | **$3,093.75** |
| | **Susanne Shultis (@ $150.00)** | | |
| 09/03/13 | Call w/Mr. Patel; call w/potential tenant for Desert Ray Spa; another call w/Mr. Patel; email info. to Mr. Patel and create user online. | 1.00 | $150.00 |
| 09/05/13 | Make deposit. | 0.25 | $37.50 |
| 09/09/13 | Project update; review stipulation and prep letter for tenant notification; coord closeout w/team and cpa; draft corresp to owners. | 1.25 | $187.50 |
| 09/10/13 | Final monthly report prep. | 1.00 | $150.00 |
| 09/12/13 | Corresp w/ins broker re: property being turned back over to Defendant. | 0.25 | $37.50 |
| 09/17/13 | Project meeting re: closeout status. | 0.25 | $37.50 |
| 09/19/13 | Call w/Mrs. Patel re: bank info. for wire and mailing address for tenants. | 0.75 | $112.50 |
| 09/23/13 | Move funds to security account to cover wire fee. | 0.25 | $37.50 |
| 09/25/13 | Discuss hand over of keys w/PM; email Mr. Patel re: key drop off time. | 0.50 | $75.00 |
| 09/26/13 | Draft trf request letter for Receiver to cover security acct wire fee. | 0.50 | $75.00 |
| 09/27/13 | Corresp w/Receiver re: closeout status; call After Effects re: key turnover; review tenant statements/corresp w/cpa; provide statements for Mrs. Patel; call w/After Effects/Meena not answering to schedule key drop off; call to Meena Patel and left msg. | 1.50 | $225.00 |
| | **Totals** | **7.50** | **$1,125.00** |
| | **Melissa Cardenas (@ $150.00)** | | |
| 09/02/13 | Corresp w/Defendant; corresp w/Plaintiff. | 0.50 | $75.00 |
| 09/03/13 | Corresp w/counsel re: stip signature from Judge; send an update to the defendant re: stip. | 0.50 | $75.00 |
| 09/04/13 | Closeout review. Meeting w/Receiver. | 1.00 | $150.00 |
| 09/09/13 | Review turnover motion. Misc. corr. Meeting w/Receiver re: closeout and transfer of assets to Defendant. | 1.25 | $187.50 |
| 09/11/13 | Corr. re: closing/title issues. Follow up meeting w/Receiver. | 1.00 | $150.00 |
| 09/13/13 | Status and transfer review. Meeting w/PM. Misc. corr. | 0.75 | $112.50 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 09/17/13 | Project Meeting re: closeout and status. | 0.25 | $37.50 |
| 09/18/13 | Acting meeting; corresp w/defendants re: security account; forward contact information to tenants. | 0.50 | $75.00 |
| 09/23/13 | Corresp w/PM re: monies needed for transfer into the security account. | 0.25 | $37.50 |
| 09/24/13 | Project Close out Meeting; CPA financial project meeting. | 0.50 | $75.00 |
| 09/25/13 | Discuss hand over of keys w/PM. | 0.25 | $37.50 |
| 09/27/13 | Closeout Status Review. Misc. corr. Call w/Receiver. | 1.00 | $150.00 |
| | **Totals** | **7.75** | **$1,162.50** |
| **Claudia Guzman** (@ $150.00) | | | |
| 09/06/13 | Prepare monthly report binder and materials. | 0.25 | $37.50 |
| | **Totals** | **0.25** | **$37.50** |
| **Jessica White** (@ $150.00) | | | |
| 09/05/13 | Called District Court, District of Nevada to get confirmation August Report was received and filed. | 0.25 | $37.50 |
| 09/27/13 | Prepared closeout vendor letters. | 0.25 | $37.50 |
| | **Totals** | **0.50** | **$75.00** |
| **JR Robles** (@ $150.00) | | | |
| 09/10/13 | Correspond w/After Effects, regarding tenant notification delivery today. Fwd invoice for services to PM and accounting for closeout and reconciliation. Phone conversation w/After Effects to update PM on delivery confirmation. | 0.50 | $75.00 |
| 09/18/13 | All projects financial meeting with PM and accounting. | 0.25 | $37.50 |
| 09/19/13 | Correspondence with PM and vendor regarding turn over of vacant suit keys to property owners. Instructed to await further instructions from PM prior to coordinating with vendor. | 0.25 | $37.50 |
| | **Totals** | **1.00** | **$150.00** |


**Asset Management Services**

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/11/13 | 1217 |

8350 W. Sahara Ave., Suite 290
Las Vegas, NV 89117

| Bill To |
|---------|
| Bank of America<br>Attn:  Tom Nguyen<br>101 S. Marengo Ave, 3rd Floor<br>Pasadena CA 91101 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Upon Receipt | Elko Receivership |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Dotan Y. Melech Services: ELKO Receivership time - OCT 2013 | 3 | 275.00 | 825.00 |
| Susanne D. Shultis Services: ELKO Receivership time - OCT 2013 | 4.25 | 150.00 | 637.50 |
| Melissa Cardenas Services: ELKO Receivership time - OCT 2013 | 3.75 | 150.00 | 562.50 |
| Jessica White Services: ELKO Receivership time - OCT 2013 | 0.5 | 150.00 | 75.00 |

Reviewed and approved by Dotan Y. Melech

| | |
|---|---|
| **Total** | $2,100.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,100.00 |

## NV ELKO 2715 Argent Ave.
### Timesheet report: 10/01/2013 - 10/11/2013

| Date | Description | Hours | Hours * Rate |
|---|---|---|---|
| **Dotan Y. Melech (@ $275.00)** | | | |
| 10/02/13 | Closeout status review. Misc. corr. Meeting w/PM. | 1.00 | $275.00 |
| 10/03/13 | Acct. & Payables Financial Review. Misc. corr. | 1.00 | $275.00 |
| 10/07/13 | Misc. corr. w/PM. Review Closeout records and Follow Up. | 1.00 | $275.00 |
| | **Totals** | **3.00** | **$825.00** |
| **Susanne Shultis (@ $150.00)** | | | |
| 10/01/13 | Weekly project meeting; financial review w/cpa. | 0.50 | $75.00 |
| 10/09/13 | Monthly report. | 0.75 | $112.50 |
| 10/10/13 | Prepare Motion for dismissal. | 3.00 | $450.00 |
| | **Totals** | **4.25** | **$637.50** |
| **Melissa Cardenas (@ $150.00)** | | | |
| 10/01/13 | Project and acting meeting; corresp w/admin re: closeout; sign closeout letters. | 0.75 | $112.50 |
| 10/02/13 | Request update from accting for final closeout. | 0.25 | $37.50 |
| 10/09/13 | Finalize report and financials; request physical address from owner to send the remaining funds to defendant; request updated p&l's and zero out docs including P&L and balance sheet; Accounting meeting. | 2.50 | $375.00 |
| 10/10/13 | Request final payment to the Receiver for October time prior to dismissal. | 0.25 | $37.50 |
| | **Totals** | **3.75** | **$562.50** |
| **Jessica White (@ $150.00)** | | | |
| 10/01/13 | Prepared and mailed out vendor closeout letters; Monthly report. | 0.50 | $75.00 |
| | **Totals** | **0.50** | **$75.00** |



Vranes,
Coffman,
Roberts, CPAs

8330 W. Sahara Ave. #190
Las Vegas, NV 89117
702.982.7950 Office
855.505.2020   Fax

United AMS – Receiver
Elko, NV Receivership

**TRANSMITTAL LETTER**
**September 2013 Operating Reports**

To Whom It May Concern:

Please find in this binder operating reports for Elko, NV for the month of September 2013.

We will detail here all activities performed for United AMS ("the Receiver"), receiver for Elko, NV.

The following is a list of activities performed during the reporting period:

- Create and maintain the accounting records and financial reporting system
- Create, maintain, and, as necessary, update budgetary data
- Post deposits and rent collections as necessary
- Post all bills and purchase orders related to the property
- Reconcile bank accounts as needed (daily or weekly)
- Prepare monthly and interim financial information and related reports, as needed

We utilize the cash basis of accounting and reporting for our financial reports. The cash basis of accounting and reporting recognizes revenues when cash is deposited and expenses when cash is paid. Accounts payable and accounts receivable are not disclosed in the reports but are still used for management purposes. Where we depart from the cash basis of accounting, we will disclose, as needed, in these reports.

For the reporting month, we highlight the following information for the property:

- Revenue for the period totaled $3,035.
- Operational expenses for the period totaled $1,186.
- The property produced a net operational gain for the month totaling $1,849.
- Extraordinary expenses for the period totaled $16,619.
- After accounting for extraordinary expenses, the property produced a net loss of $14,770.

This letter encapsulates our activities and observations since the time of the prior report filing. Please note that we do not audit or otherwise verify the data the Receiver submits. Our services are not to be construed as an oversight function, in any respect. To the extent we render any services, it will be limited to those tasks we deem necessary for the preparation and maintenance of the accounting records only. Please feel free to ask questions or to request additional detail information regarding the above activities.

Regards,

Pancy Coffman, CPA
Vranes Coffman Roberts CPAs



Vranes,
Coffman,
Roberts, CPAs

8330 W. Sahara Ave. #190
Las Vegas, NV 89117
702.982.7950 Office
855.505.2020   Fax

United AMS – Receiver
Elko, NV Receivership

**TRANSMITTAL LETTER**
**August 2013 Operating Reports**

To Whom It May Concern:

Please find in this binder operating reports for Elko, NV for the month of August 2013.

We will detail here all activities performed for United AMS ("the Receiver"), receiver for Elko, NV.

The following is a list of activities performed during the reporting period:

- Create and maintain the accounting records and financial reporting system
- Create, maintain, and, as necessary, update budgetary data
- Post deposits and rent collections as necessary
- Post all bills and purchase orders related to the property
- Reconcile bank accounts as needed (daily or weekly)
- Prepare monthly and interim financial information and related reports, as needed

We utilize the cash basis of accounting and reporting for our financial reports.  The cash basis of accounting and reporting recognizes revenues when cash is deposited and expenses when cash is paid.  Accounts payable and accounts receivable are not disclosed in the reports but are still used for management purposes.  Where we depart from the cash basis of accounting, we will disclose, as needed, in these reports.

For the reporting month, we highlight the following information for the property:

- Revenue for the period totaled $15,850.
- Operational expenses for the period totaled $16,477.
- The property produced a net operational loss for the month totaling $627.
- There were no extraordinary expenses for the period.
- After accounting for extraordinary expenses, the property produced a net loss of $627.

This letter encapsulates our activities and observations since the time of the prior report filing.  Please note that we do not audit or otherwise verify the data the Receiver submits.  Our services are not to be construed as an oversight function, in any respect.  To the extent we render any services, it will be limited to those tasks we deem necessary for the preparation and maintenance of the accounting records only.  Please feel free to ask questions or to request additional detail information regarding the above activities.

Regards,

Pancy Coffman, CPA
Vranes Coffman Roberts CPAs

## *Exhibit A*

*Budget*

**Elko, NV Receivership**
**Budget and Actuals: Elko, NV Receivership - FY14 P&L**
June 2013 - May 2014

| | Jun 2013 | Jul 2013 | Aug 2013 | Sep 2013 | Oct 2013 | Nov 2013 | Dec 2013 | Jan 2014 | Feb 2014 | Mar 2014 | Apr 2014 | May 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | |
| 4000 Rental Revenue | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4110 Gross Potential Rent | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4190 Actual Cash Rent Receipts | 10,047.30 | 12,248.73 | 15,848.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 4000 Rental Revenue | $ 10,047.30 | $ 12,248.73 | $ 15,848.66 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4300 Other Rental Revenue | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Income | $ 10,047.30 | $ 12,248.73 | $ 15,848.66 | | | | | | | | | |
| Gross Profit | $ 10,047.30 | $ 12,248.73 | $ 15,848.66 | | | | | | | | | |
| **Expenses** | | | | | | | | | | | | |
| 6000 Administrative | | | | | | | | | | | | |
| 6010 Bank Charges | 61.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6015 Dues & Subscriptions | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6020 Eviction & Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6025 Lease Equipment | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6035 Office Expense | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6070 Supplies & Materials | 181.60 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6060 Postage & Shipping | 45.95 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6000 Administrative | $ 288.55 | | | | | | | | | | | |
| 6100 Advertising & Marketing | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6110 Banners/Signage | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6120 Brochures/Newsletters/Fliers | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6125 Internet | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6100 Advertising & Marketing | | | | | | | | | | | | |
| 6160 Commission | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6200 Contract Services | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6210 Cleaning | 157.50 | 157.50 | 157.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6220 Fire & Safety | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6230 Pest Control | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6235 NCI Security | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6245 Cable TV & Telephone | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6250 Internet | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6200 Contract Services | $ 157.50 | 157.50 | 157.50 | | | | | | | | | |
| 6300 Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6325 Property Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6330 Flood Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6300 Insurance | | | | | | | | | | | | |
| 6400 Repair & Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6405 HVAC | 0.00 | 275.00 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6406 Building | 0.00 | 416.26 | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6407 Sign Maintenance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6410 Electrical/Lighting | 0.00 | 0.00 | 410.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6414 Gates & Fences | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6416 Floor Covering | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6418 Furniture/Window Covering | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6420 Landscaping | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6421 Lock & Keys | 819.48 | 0.00 | 195.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6422 Materials | 0.00 | 0.00 | 31.22 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6424 Painting | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 6426 Plumbing | 0.00 | 308.86 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total 6600 Repair & Maintenance | $ 819.48 | $ 1,000.12 | $ 1,836.22 | $ - | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ - | |
| 6450 Equipment Repairs | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6453 Telephone | 0.00 | 258.17 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6454 Fire Alarm | 0.00 | 0.00 | 174.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Total 6450 Equipment Repairs | $ - | $ - | $ - | $ - | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ - | |
| 6900 Utilities | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6920 Electric | 42.89 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6940 Natural Gas | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6945 Rubbish Removal | 240.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6965 Sewer | 174.84 | 258.17 | 174.84 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 6966 Water | 76.20 | 0.00 | 83.33 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Total 6900 Utilities | $ 534.32 | $ 258.17 | $ 258.17 | $ - | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ - | |
| 7100 Other Expenses | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 7110 Accounting | 0.00 | 0.00 | 2,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 7120 Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 7130 Receivership Fees | 0.00 | 0.00 | 11,975.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Total 7100 Other Expenses | $ - | $ - | $ 14,225.00 | $ - | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ - | |
| Travel Meals | 22.11 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Total Expenses | $ 1,821.96 | $ 1,415.79 | $ 16,476.89 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Net Operating Income | $ 8,225.34 | $ 10,832.94 | $ (627.23) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Net Income | $ 8,225.34 | $ 10,832.94 | $ (627.23) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |

### _Exhibit B_

_Rent Roll_

**SEPTEMBER 2013**

## 2715 ARGENT AVE., ELKO, NV
## 2013 Rent Roll

TOTAL MO.SCHEDULED RENT w/CAMS:   **$15,704.64**

TOTAL YEARLY SCHEDULED RENT:   *$188,455.68*

### 2715 Argent Rd. - Bldg. 1

| TENANT NAME | Unit | SQ FEET | Lease from | Lease to | Security Deposit | RENT | CAMS |
|---|---|---|---|---|---|---|---|
| Taylor Chiropractic | 4 | 1031 | 4.5.04 | 6.30.10 | $1,288.75 | $1,393.91 | $224.15 |
| Martin Operating Partnership | 5 | 2000 | 4.1.13 | 3.31.15 | $2,163.00 | $ 2,100.00 | $  440.00 |
| **TOTALS:** | | 3031 | | | | **$3,493.91** | **$664.15** |

### 2715 Argent Rd. - Bldg. 2

| TENANT NAME | Unit | SQ FEET | Lease from | Lease to | Security Deposit | RENT | CAMS |
|---|---|---|---|---|---|---|---|
| Stonecraft Jewelers | 6 | 1361 | 10.18.01 | 5.31.12 | $1,660.47 | $ 1,909.62 | $  305.81 |
| VACANT | 7 | | | | | | |
| Desert Ray Spa | 8 | *Gave notice and moved out 9.30.13 | | | $3,116.32 | $ 3,600.93 | $  484.61 |
| Zeal by Morey | 9 | *Gave notice and moved out 8.8.13 | | | $1,842.00 | $ 1,842.50 | $  368.30 |
| Elko Wireless (Verizon) | 10 | 1957 | 6.8.04 | | $2,768.24 | $ 2,609.33 | $  425.48 |
| **TOTALS:** | | 3318 | | | **$12,838.78** | **$ 9,962.38** | **$ 1,584.20** |

## *FINANCIALS:  RECEIVER*

The attached are financial reports for the months of August and September 2013.

The financials in this section include the following:

1.   Balance Sheet
2.   Profit & Loss Statement
3.   Aged/Open Invoices
4.   Bank Reconciliation
5.   Daily Deposits
6.   Rent Roll (see Exhibit B)
7.   General Ledger/Check Register-Operating account

# ***BALANCE SHEET***
# ***AUGUST 2013***

# Elko, NV Receivership
# Balance Sheet

### As of August 31, 2013

|  | Total |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| 1000 Cash | 0.00 |
| 1030 City National Operating - 3159 | 54,919.86 |
| 1032 City National Security - 3302 | 12,838.78 |
| Total 1000 Cash | 67,758.64 |
| Total Bank Accounts | $67,758.64 |
| Total Current Assets | $67,758.64 |
| **TOTAL ASSETS** | $67,758.64 |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Other Current Liabilities | |
| 2210 Security Deposits Held | 12,838.78 |
| Total Other Current Liabilities | $12,838.78 |
| Total Current Liabilities | $12,838.78 |
| Total Liabilities | $12,838.78 |
| Equity | |
| 3900 Retained Earnings | 0.00 |
| Owner's Contribution | 36,488.81 |
| Net Income | 18,431.05 |
| Total Equity | $54,919.86 |
| **TOTAL LIABILITIES AND EQUITY** | $67,758.64 |

Monday, Sep 02, 2013 02:45:41 PM PDT GMT-7 - Cash Basis

# PROFIT & LOSS STATEMENT
## AUGUST 2013

# Elko, NV Receivership
## Profit & Loss

### August 2013

|  | Total |
|---|---|
| **Income** | |
| 4000 Rental Revenue | 0.00 |
| 4190 Actual Cash Rent Receipts | 15,849.66 |
| Total 4000 Rental Revenue | 15,849.66 |
| **Total Income** | **$15,849.66** |
| **Gross Profit** | **$15,849.66** |
| **Expenses** | |
| 6200 Contract Services | 0.00 |
| 6210 Cleaning | 157.50 |
| Total 6200 Contract Services | 157.50 |
| 6400 Repair & Maintenance | 0.00 |
| 6405 HVAC | 200.00 |
| 6406 Building | 1,000.00 |
| 6410 Electrical/Lighting | 410.00 |
| 6421 Lock & Keys | 195.00 |
| 6422 Materials | 31.22 |
| Total 6400 Repair & Maintenance | 1,836.22 |
| 6900 Utilities | 0.00 |
| 6965 Sewer | 174.84 |
| 6968 Water | 83.33 |
| Total 6900 Utilities | 258.17 |
| 7100 Other Expenses | 0.00 |
| 7110 Accounting | 2,250.00 |
| 7130 Receivership Fees | 11,975.00 |
| Total 7100 Other Expenses | 14,225.00 |
| **Total Expenses** | **$16,476.89** |
| **Net Operating Income** | **$ (627.23)** |
| **Net Income** | **$ (627.23)** |

Monday, Sep 02, 2013 02:45:51 PM PDT GMT-7 - Cash Basis

# *PROFIT & LOSS STATEMENT*
# *BUDGET VS. ACTUAL*
# *AUGUST 2013*

## Elko, NV Receivership
## Budget vs. Actuals: Elko, NV Receivership - FY14 P&L

### August 2013

| | Total | | |
|---|---|---|---|
| | Actual | Budget | over Budget |
| **Income** | | | |
| 4000 Rental Revenue | 0.00 | 0.00 | 0.00 |
| 4110 Gross Potential Rent | 0.00 | 0.00 | 0.00 |
| 4190 Actual Cash Rent Receipts | 15,849.66 | 0.00 | 15,849.66 |
| Total 4000 Rental Revenue | 15,849.66 | 0.00 | 15,849.66 |
| 4300 Other Rental Revenue | 0.00 | 0.00 | 0.00 |
| Total Income | $15,849.66 | $0.00 | $15,849.66 |
| Gross Profit | $15,849.66 | $0.00 | $15,849.66 |
| **Expenses** | | | |
| 6000 Administrative | 0.00 | 0.00 | 0.00 |
| 6010 Bank Charges | 0.00 | 0.00 | 0.00 |
| 6015 Dues & Subscriptions | 0.00 | 0.00 | 0.00 |
| 6020 Eviction & Legal Fees | 0.00 | 0.00 | 0.00 |
| 6025 Lease Equipment | 0.00 | 0.00 | 0.00 |
| 6035 Office Expense | 0.00 | 0.00 | 0.00 |
| 6070 Supplies & Materials | 0.00 | 0.00 | 0.00 |
| 6080 Postage & Shipping | 0.00 | 0.00 | 0.00 |
| Total 6000 Administrative | 0.00 | 0.00 | 0.00 |
| 6100 Advertising & Marketing | 0.00 | 0.00 | 0.00 |
| 6110 Banners/Signage | 0.00 | 0.00 | 0.00 |
| 6120 Brochures/Newsletters/Fliers | 0.00 | 0.00 | 0.00 |
| 6125 Internet | 0.00 | 0.00 | 0.00 |
| Total 6100 Advertising & Marketing | 0.00 | 0.00 | 0.00 |
| 6160 Commission | 0.00 | 0.00 | 0.00 |
| 6200 Contract Services | 0.00 | 0.00 | 0.00 |
| 6210 Cleaning | 157.50 | 0.00 | 157.50 |
| 6220 Fire & Safety | 0.00 | 0.00 | 0.00 |
| 6230 Pest Control | 0.00 | 0.00 | 0.00 |
| 6235 NCI Security | 0.00 | 0.00 | 0.00 |
| 6245 Cable TV & Telephone | 0.00 | 0.00 | 0.00 |
| 6250 Internet | 0.00 | 0.00 | 0.00 |
| Total 6200 Contract Services | 157.50 | 0.00 | 157.50 |
| 6300 Insurance | 0.00 | 0.00 | 0.00 |
| 6325 Property Insurance | 0.00 | 0.00 | 0.00 |
| 6330 Flood Insurance | 0.00 | 0.00 | 0.00 |
| Total 6300 Insurance | 0.00 | 0.00 | 0.00 |
| 6400 Repair & Maintenance | 0.00 | 0.00 | 0.00 |
| 6405 HVAC | 200.00 | 0.00 | 200.00 |
| 6406 Building | 1,000.00 | 0.00 | 1,000.00 |

|  | Total | | |
| --- | --- | --- | --- |
|  | Actual | Budget | over Budget |
| 6407 Sign Maintenance | 0.00 | 0.00 | 0.00 |
| 6410 Electrical/Lighting | 410.00 | 0.00 | 410.00 |
| 6414 Gates & Fences | 0.00 | 0.00 | 0.00 |
| 6416 Floor Covering | 0.00 | 0.00 | 0.00 |
| 6418 Furniture/Window Covering | 0.00 | 0.00 | 0.00 |
| 6420 Landscaping | 0.00 | 0.00 | 0.00 |
| 6421 Lock & Keys | 195.00 | 0.00 | 195.00 |
| 6422 Materials | 31.22 | 0.00 | 31.22 |
| 6424 Painting | 0.00 | 0.00 | 0.00 |
| 6426 Plumbing | 0.00 | 0.00 | 0.00 |
| Total 6400 Repair & Maintenance | 1,836.22 | 0.00 | 1,836.22 |
| 6450 Equipment Repairs | 0.00 | 0.00 | 0.00 |
| 6453 Telephone | 0.00 | 0.00 | 0.00 |
| 6454 Fire Alarm | 0.00 | 0.00 | 0.00 |
| Total 6450 Equipment Repairs | 0.00 | 0.00 | 0.00 |
| 6900 Utilities | 0.00 | 0.00 | 0.00 |
| 6920 Electric | 0.00 | 0.00 | 0.00 |
| 6940 Natural Gas | 0.00 | 0.00 | 0.00 |
| 6945 Rubbish Removal | 0.00 | 0.00 | 0.00 |
| 6965 Sewer | 174.84 | 0.00 | 174.84 |
| 6968 Water | 83.33 | 0.00 | 83.33 |
| Total 6900 Utilities | 258.17 | 0.00 | 258.17 |
| 7100 Other Expenses | 0.00 | 0.00 | 0.00 |
| 7110 Accounting | 2,250.00 | 0.00 | 2,250.00 |
| 7120 Legal Fees | 0.00 | 0.00 | 0.00 |
| 7130 Receivership Fees | 11,975.00 | 0.00 | 11,975.00 |
| Total 7100 Other Expenses | 14,225.00 | 0.00 | 14,225.00 |
| Total Expenses | $16,476.89 | $0.00 | $16,476.89 |
| Net Operating Income | $ (627.23) | $0.00 | $ (627.23) |
| Net Income | $ (627.23) | $0.00 | $ (627.23) |

Monday, Sep 02, 2013 02:46:32 PM PDT GMT-7 - Cash Basis

# *AGED/OPEN INVOICES*
## *AS OF 8.31.13*

## Elko, NV Receivership
## A/P Aging Detail

**As of August 31, 2013**

| Date | Transaction Type | Vendor | Memo/Description | Terms | Due Date | Open Balance |
|------|------------------|--------|------------------|-------|----------|--------------|
| **Current** | | | | | | |
| 08/15/2013 | Bill | Vranes, Coffman, Roberts CPA's | INV2013-1247 | September | 09/01/2013 | 500.00 |
| **Total for Current** | | | | | | $500.00 |
| **TOTAL** | | | | | | $500.00 |

Monday, Sep 02, 2013 02:47:30 PM PDT GMT-7

# BANK RECONCILIATION & BANK STATEMENT
## AUGUST 2013



**CITY NATIONAL BANK**
The way up.®

Page 1          (6)

Account #: 370153159

This statement: August 30, 2013
Last statement: July 31, 2013

Contact us:
702-952-5900

Summerlin Banking Office
10801 W Charleston Blvd
Las Vegas NV  89135

cnb.com

370                                    0830L

DOTAN Y MELECH RECEIVER FOR
MPLDP LLC
CASE NO. 3:13-CV-00061
8350 W SAHARA AVE SUITE 290
LAS VEGAS NV 89117

WITH BUSINESS ONLINE FOR MOBILE AND TREASURY NET FOR MOBILE YOU NOW HAVE SECURE, INSTANT ACCESS TO
KEY BUSINESS BANKING SERVICES FROM YOUR MOBILE PHONE BROWSER.  LEARN MORE AT CNB.COM/BUSINESSMOBILE.

## Business Checking Account

| Account Summary | |
|---|---|
| Account number | 370153159 |
| Minimum balance | $48,593.66 |
| Average balance | $56,412.09 |
| Avg. collected balance | $55,562.00 |

**Account Activity**

| | | | |
|---|---|---|---|
| Beginning balance (7/31/2013) | | | $55,547.09 |
| Credits | Deposits (5) | + 15,849.66 | |
| | Electronic cr (0) | + 0.00 | |
| | Other credits (0) | + 0.00 | |
| | Total credits | | + $15,849.66 |
| Debits | Checks paid (6) | - 16,066.89 | |
| | Electronic db (0) | - 0.00 | |
| | Other debits (0) | - 0.00 | |
| | Total debits | | - $16,066.89 |
| Ending balance (8/30/2013) | | | $55,329.86 |

### DEPOSITS

| Date | Description | Reference | Credits |
|---|---|---|---|
| 8-1 | E-Deposit | 00000001 | 2,010.50 |
| 8-6 | E-Deposit | 00000001 | 1,984.43 |
| 8-14 | E-Deposit | 00000001 | 3,034.81 |
| 8-20 | E-Deposit | 00000001 | 1,618.06 |
| 8-20 | E-Deposit | 00000001 | 7,201.86 |

### CHECKS PAID

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2212 | 8-16 | 11,975.00 | 2214 | 8-20 | 157.50 | 2216 | 8-26 | 1,426.22 | | | |
| 2213 | 8-9 | 1,750.00 | 2215 | 8-19 | 258.17 | 2217 | 8-26 | 500.00 | | | |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 7-31 | 55,547.09 | 8-9 | 57,792.02 | 8-19 | 48,593.66 | | |
| 8-1 | 57,557.59 | 8-14 | 60,826.83 | 8-20 | 57,256.08 | | |
| 8-6 | 59,542.02 | 8-16 | 48,851.83 | 8-26 | 55,329.86 | | |

Thank you for banking with Summerlin Banking Office

**Elko, NV Receivership**
**Reconciliation Report**
**City National Operating - 3159, Period Ending 08/30/2013**

Reconciled on: 09/02/2013 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: dlam@vcrcpas.com

## Summary

|  |  |
|---|---|
| Statement Beginning Balance | 55,547.09 |
| Checks and Payments cleared | -16,066.89 |
| Deposits and Other Credits cleared | +15,849.66 |
| Statement Ending Balance | 55,329.86 |
| Uncleared transactions as of 08/30/2013 | -410.00 |
| Register Balance as of 08/30/2013 | 54,919.86 |

## Details

### Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 08/08/2013 | Bill Payment | 2212 | United AMS LLC | -11,975.00 |
| 08/08/2013 | Bill Payment | 2213 | Vranes, Coffman, Roberts CPA's | -1,750.00 |
| 08/08/2013 | Bill Payment | 2214 | Superior Sweeper Services, LLC | -157.50 |
| 08/08/2013 | Bill Payment | 2215 | City of Elko Utility Bill | -258.17 |
| 08/16/2013 | Bill Payment | 2216 | After Effects | -1,426.22 |
| 08/16/2013 | Bill Payment | 2217 | Vranes, Coffman, Roberts CPA's | -500.00 |
| Total |  |  |  | -16,066.89 |

### Deposits and Other Credits cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 08/05/2013 | Payment | 1049 | Zeal By Morey | 1,642.00 |
| 08/05/2013 | Payment | 1050 | Zeal By Morey | 368.50 |
| 08/06/2013 | Payment | 10563 | Stonecraft Jewelers | 1,984.43 |
| 08/14/2013 | Payment | 4542 | Elko Wireless/Verizon | 3,034.81 |
| 08/20/2013 | Payment | 1193005681 | Taylor Chiopractic | 1,618.06 |
| 08/20/2013 | Payment | 3543 | Desert Ray Spa | 7,201.86 |
| Total |  |  |  | 15,849.66 |

## Additional Information

Uncleared Checks and Payments as of 08/30/2013

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 08/22/2013 | Bill Payment | 2218 | After Effects | -410.00 |
| Total |  |  |  | -410.00 |

# GENERAL LEDGER/CHECK REGISTER
## OPERATING ACCOUNT
## AUGUST 2013

# Elko, NV Receivership
## General Ledger

### August 2013

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **1000 Cash** | | | | | | | |
| **1030 City National Operating - 3159** | | | | | | | |
| Beginning Balance | | | | | | | 55,547.09 |
| 08/05/2013 | Payment | 1049 | Zeal By Morey | July Rent | 1100 Accounts Receivable (A/R) | 1,642.00 | 57,189.09 |
| 08/05/2013 | Payment | 1050 | Zeal By Morey | July CAMS | 1100 Accounts Receivable (A/R) | 368.50 | 57,557.59 |
| 08/06/2013 | Payment | 10563 | Stonecraft Jewelers | August Rent | 1100 Accounts Receivable (A/R) | 1,984.43 | 59,542.02 |
| 08/08/2013 | Bill Payment (Check) | 2214 | Superior Sweeper Services, LLC | INV4673 | 2001 Accounts Payable (A/P) | (157.50) | 59,384.52 |
| 08/08/2013 | Bill Payment (Check) | 2215 | City of Elko Utility Bill | 5805315.02 46503090.02 | 2001 Accounts Payable (A/P) | (258.17) | 59,126.35 |
| 08/08/2013 | Bill Payment (Check) | 2212 | United AMS LLC | INV1169 | 2001 Accounts Payable (A/P) | (11,975.00) | 47,151.35 |
| 08/08/2013 | Bill Payment (Check) | 2213 | Vranes, Coffman, Roberts CPA's | May, June, July 2013 | 2001 Accounts Payable (A/P) | (1,750.00) | 45,401.35 |
| 08/14/2013 | Payment | 4542 | Elko Wireless/Verizon | August Rent | 1100 Accounts Receivable (A/R) | 3,034.81 | 48,436.16 |
| 08/16/2013 | Bill Payment (Check) | 2217 | Vranes, Coffman, Roberts CPA's | INV2013-1246 | 2001 Accounts Payable (A/P) | (500.00) | 47,936.16 |
| 08/16/2013 | Bill Payment (Check) | 2216 | After Effects | INV005 | 2001 Accounts Payable (A/P) | (1,426.22) | 46,509.94 |
| 08/20/2013 | Payment | 1193005681 | Taylor Chiropractic | August Rent | 1100 Accounts Receivable (A/R) | 1,618.06 | 48,128.00 |
| 08/20/2013 | Payment | 3543 | Desert Ray Spa | August & September rent | 1100 Accounts Receivable (A/R) | 7,201.86 | 55,329.86 |
| 08/22/2013 | Bill Payment (Check) | 2218 | After Effects | | 2001 Accounts Payable (A/P) | (410.00) | 54,919.86 |
| **Total for 1030 City National Operating - 3159** | | | | | | **$ (627.23)** | |
| **1032 City National Security - 3302** | | | | | | | |

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | Balance |
|------|-----------------|-----|------|-----------------|-------|--------|---------|
| Beginning Balance | | | | | | | 12,838.78 |
| **Total for 1032 City National Security - 3302** | | | | | | | |
| **Total for 1000 Cash** | | | | | | $ (627.23) | |
| **2210 Security Deposits Held** | | | | | | | |
| Beginning Balance | | | | | | | 12,838.78 |
| **Total for 2210 Security Deposits Held** | | | | | | | |
| **Owner's Contribution** | | | | | | | |
| Beginning Balance | | | | | | | 36,488.81 |
| **Total for Owner's Contribution** | | | | | | | |
| **4000 Rental Revenue** | | | | | | | |
| **4190 Actual Cash Rent Receipts** | | | | | | | |
| Beginning Balance | | | | | | | 22,296.03 |
| 08/05/2013 | Invoice | 1011 | Zeal By Morey | CAMS | 1100 Accounts Receivable (A/R) | 61.39 | 22,357.42 |
| 08/05/2013 | Invoice | 1011 | Zeal By Morey | CAMS | 1100 Accounts Receivable (A/R) | 273.54 | 22,630.96 |
| 08/05/2013 | Invoice | 1011 | Zeal By Morey | July Monthly Rent 2013 | 1100 Accounts Receivable (A/R) | 1,368.46 | 23,999.42 |
| 08/05/2013 | Invoice | 1011 | Zeal By Morey | July Monthly Rent 2013 | 1100 Accounts Receivable (A/R) | 307.11 | 24,306.53 |
| 08/06/2013 | Invoice | 1016 | Stonecraft Jewelers | Electricity Credit | 1100 Accounts Receivable (A/R) | (231.00) | 24,075.53 |
| 08/06/2013 | Invoice | 1016 | Stonecraft Jewelers | August Monthly Rent 2013 | 1100 Accounts Receivable (A/R) | 1,909.62 | 25,985.15 |
| 08/06/2013 | Invoice | 1016 | Stonecraft Jewelers | CAMS | 1100 Accounts Receivable (A/R) | 305.81 | 26,290.96 |
| 08/14/2013 | Invoice | 1014 | Elko Wireless/Verizon | | 1100 Accounts Receivable (A/R) | 425.48 | 26,716.44 |
| 08/14/2013 | Invoice | 1014 | Elko Wireless/Verizon | August Monthly Rent 2013 | 1100 Accounts Receivable (A/R) | 2,609.33 | 29,325.77 |
| 08/20/2013 | Invoice | 1017 | Taylor Chiopractic | CAMS | 1100 Accounts Receivable (A/R) | 224.15 | 29,549.92 |
| 08/20/2013 | Invoice | 1020 | Desert Ray Spa | Monthly Rent - September 2013 | 1100 Accounts Receivable (A/R) | 3,173.80 | 32,723.72 |
| 08/20/2013 | Invoice | 1017 | Taylor Chiopractic | August Monthly Rent 2013 | 1100 Accounts Receivable (A/R) | 1,393.91 | 34,117.63 |

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | Balance |
|------|------------------|-----|------|-----------------|-------|--------|---------|
| 08/20/2013 | Invoice | 1020 | Desert Ray Spa | CAMS | 1100 Accounts Receivable (A/R) | 427.13 | 34,544.76 |
| 08/20/2013 | Invoice | 1013 | Desert Ray Spa | August Monthly Rent 2013 | 1100 Accounts Receivable (A/R) | 3,173.80 | 37,718.56 |
| 08/20/2013 | Invoice | 1013 | Desert Ray Spa | CAMS | 1100 Accounts Receivable (A/R) | 427.13 | 38,145.69 |
| **Total for 4190 Actual Cash Rent Receipts** | | | | | | **$15,849.66** | |
| **Total for 4000 Rental Revenue** | | | | | | **$15,849.66** | |
| **6000 Administrative** | | | | | | | |
| **6010 Bank Charges** | | | | | | | |
| Beginning Balance | | | | | | | 61.00 |
| **Total for 6010 Bank Charges** | | | | | | | |
| **6070 Supplies & Materials** | | | | | | | |
| Beginning Balance | | | | | | | 181.60 |
| **Total for 6070 Supplies & Materials** | | | | | | | |
| **6080 Postage & Shipping** | | | | | | | |
| Beginning Balance | | | | | | | 45.95 |
| **Total for 6080 Postage & Shipping** | | | | | | | |
| **Total for 6000 Administrative** | | | | | | | |
| **6200 Contract Services** | | | | | | | |
| **6210 Cleaning** | | | | | | | |
| Beginning Balance | | | | | | | 315.00 |
| 08/08/2013 | Bill | INV4673 | Superior Sweeper Services, LLC | INV4673 | 2001 Accounts Payable (A/P) | 157.50 | 472.50 |
| **Total for 6210 Cleaning** | | | | | | **$157.50** | |
| **Total for 6200 Contract Services** | | | | | | **$157.50** | |
| **6400 Repair & Maintenance** | | | | | | | |
| **6405 HVAC** | | | | | | | |
| Beginning Balance | | | | | | | 275.00 |
| 08/16/2013 | Bill | INV005 | After Effects | INV005 | 2001 Accounts Payable (A/P) | 200.00 | 475.00 |
| **Total for 6405 HVAC** | | | | | | **$200.00** | |
| **6406 Building** | | | | | | | |
| Beginning Balance | | | | | | | 416.26 |
| 08/16/2013 | Bill | INV005 | After Effects | | 2001 Accounts Payable (A/P) | 1,000.00 | 1,416.26 |
| **Total for 6406 Building** | | | | | | **$1,000.00** | |
| **6410 Electrical/Lighting** | | | | | | | |
| 08/22/2013 | Bill | | After Effects | | 2001 Accounts Payable | 410.00 | 410.00 |

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | Balance |
|------|------------------|-----|------|-----------------|-------|--------|---------|
| | | | | | (A/P) | | |
| **Total for 6410 Electrical/Lighting** | | | | | | $410.00 | |
| **6421 Lock & Keys** | | | | | | | |
| Beginning Balance | | | | | | | 819.48 |
| 08/16/2013 | Bill | INV005 | After Effects | | 2001 Accounts Payable (A/P) | 195.00 | 1,014.48 |
| **Total for 6421 Lock & Keys** | | | | | | $195.00 | |
| **6422 Materials** | | | | | | | |
| 08/16/2013 | Bill | INV005 | After Effects | | 2001 Accounts Payable (A/P) | 31.22 | 31.22 |
| **Total for 6422 Materials** | | | | | | $31.22 | |
| **6426 Plumbing** | | | | | | | |
| Beginning Balance | | | | | | | 308.86 |
| **Total for 6426 Plumbing** | | | | | | | |
| **Total for 6400 Repair & Maintenance** | | | | | | $1,836.22 | |
| **6900 Utilities** | | | | | | | |
| **6920 Electric** | | | | | | | |
| Beginning Balance | | | | | | | 42.89 |
| **Total for 6920 Electric** | | | | | | | |
| **6945 Rubbish Removal** | | | | | | | |
| Beginning Balance | | | | | | | 240.39 |
| **Total for 6945 Rubbish Removal** | | | | | | | |
| **6965 Sewer** | | | | | | | |
| Beginning Balance | | | | | | | 433.01 |
| 08/08/2013 | Bill | 46503090.02 | City of Elko Utility Bill | | 2001 Accounts Payable (A/P) | 57.13 | 490.14 |
| 08/08/2013 | Bill | 5805315.02 | City of Elko Utility Bill | 5805315.02 | 2001 Accounts Payable (A/P) | 117.71 | 607.85 |
| **Total for 6965 Sewer** | | | | | | $174.84 | |
| **6968 Water** | | | | | | | |
| Beginning Balance | | | | | | | 76.20 |
| 08/08/2013 | Bill | 46503090.02 | City of Elko Utility Bill | 46503090.02 | 2001 Accounts Payable (A/P) | 30.45 | 106.65 |
| 08/08/2013 | Bill | 5805315.02 | City of Elko Utility Bill | | 2001 Accounts Payable (A/P) | 52.88 | 159.53 |
| **Total for 6968 Water** | | | | | | $83.33 | |
| **Total for 6900 Utilities** | | | | | | $258.17 | |
| **7100 Other Expenses** | | | | | | | |
| **7110 Accounting** | | | | | | | |

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | Balance |
|------|------------------|-----|------|------------------|-------|--------|---------|
| 08/08/2013 | Bill | INV2013-1195 | Vranes, Coffman, Roberts CPA's | INV2013-1195 | 2001 Accounts Payable (A/P) | 750.00 | 750.00 |
| 08/08/2013 | Bill | INV2013-1197 | Vranes, Coffman, Roberts CPA's | INV2013-1197 | 2001 Accounts Payable (A/P) | 500.00 | 1,250.00 |
| 08/08/2013 | Bill | INV2013-1196 | Vranes, Coffman, Roberts CPA's | INV2013-1196 | 2001 Accounts Payable (A/P) | 500.00 | 1,750.00 |
| 08/16/2013 | Bill | INV2013-1246 | Vranes, Coffman, Roberts CPA's | INV2013-1246 | 2001 Accounts Payable (A/P) | 500.00 | 2,250.00 |
| **Total for 7110 Accounting** | | | | | | **$2,250.00** | |
| **7130 Receivership Fees** | | | | | | | |
| 08/08/2013 | Bill | INV1169 | United AMS LLC | INV1169 | 2001 Accounts Payable (A/P) | 11,975.00 | 11,975.00 |
| **Total for 7130 Receivership Fees** | | | | | | **$11,975.00** | |
| **Total for 7100 Other Expenses** | | | | | | **$14,225.00** | |
| **Travel Meals** | | | | | | | |
| Beginning Balance | | | | | | | 22.11 |
| **Total for Travel Meals** | | | | | | | |

Monday, Sep 02, 2013 02:47:39 PM PDT GMT-7 - Cash Basis

# Elko, NV Receivership
## Check Detail

### August 2013

| Date | Transaction Type | Num | Name | Memo/Description | Clr | Amount |
|------|-----------------|-----|------|-----------------|-----|--------|
| **1000 Cash** | | | | | | |
| **1030 City National Operating - 3159** | | | | | | |
| 08/08/2013 | Bill Payment (Check) | 2212 | United AMS LLC | INV1169 | R | (11,975.00) |
| | | | | | | (11,975.00) |
| 08/08/2013 | Bill Payment (Check) | 2213 | Vranes, Coffman, Roberts CPA's | May, June, July 2013 | R | (1,750.00) |
| | | | | | | (1,750.00) |
| 08/08/2013 | Bill Payment (Check) | 2214 | Superior Sweeper Services, LLC | INV4673 | R | (157.50) |
| | | | | | | (157.50) |
| 08/08/2013 | Bill Payment (Check) | 2215 | City of Elko Utility Bill | 5805315.02 46503090.02 | R | (258.17) |
| | | | | | | (258.17) |
| 08/16/2013 | Bill Payment (Check) | 2216 | After Effects | INV005 | R | (1,426.22) |
| | | | | | | (1,426.22) |
| 08/16/2013 | Bill Payment (Check) | 2217 | Vranes, Coffman, Roberts CPA's | INV2013-1246 | R | (500.00) |
| | | | | | | (500.00) |
| 08/22/2013 | Bill Payment (Check) | 2218 | After Effects | | | (410.00) |
| | | | | | | (410.00) |

# *DAILY DEPOSITS*
## *AUGUST 2013*

# Elko, NV Receivership
## Deposit Detail

### August 2013

| Date | Transaction Type | Num | Client | Vendor | Memo/Description | Clr | Amount |
|------|------------------|-----|--------|--------|------------------|-----|--------|
| **1000 Cash** | | | | | | | |
| **1030 City National Operating - 3159** | | | | | | | |
| 08/05/2013 | Payment | 1049 | Zeal By Morey | | July Rent | R | 1,642.00 |
| | | | Zeal By Morey | | | | (1,642.00) |
| 08/05/2013 | Payment | 1050 | Zeal By Morey | | July CAMS | R | 368.50 |
| | | | Zeal By Morey | | | | (368.50) |
| 08/06/2013 | Payment | 10563 | Stonecraft Jewelers | | August Rent | R | 1,984.43 |
| | | | Stonecraft Jewelers | | | | (1,984.43) |
| 08/14/2013 | Payment | 4542 | Elko Wireless/Verizon | | August Rent | R | 3,034.81 |
| | | | Elko Wireless/Verizon | | | | (3,034.81) |
| 08/20/2013 | Payment | 1193005681 | Taylor Chiopractic | | August Rent | R | 1,618.06 |
| | | | Taylor Chiopractic | | | | (1,618.06) |
| 08/20/2013 | Payment | 3543 | Desert Ray Spa | | August & September rent | R | 7,201.86 |
| | | | Desert Ray Spa | | | | (7,201.86) |

Monday, Sep 02, 2013 02:48:12 PM PDT GMT-7

# *BALANCE SHEET*
# *SEPTEMBER 2013*

# Elko, NV Receivership
# Balance Sheet

### As of September 30, 2013

|  | Total |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| **1000 Cash** | |
| 1030 City National Operating - 3159 | 40,159.78 |
| 1032 City National Security - 3302 | (10.00) |
| **Total 1000 Cash** | **40,149.78** |
| **Total Bank Accounts** | **$40,149.78** |
| **Total Current Assets** | **$40,149.78** |
| **TOTAL ASSETS** | **$40,149.78** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2210 Security Deposits Held | 12,838.78 |
| **Total Other Current Liabilities** | **$12,838.78** |
| **Total Current Liabilities** | **$12,838.78** |
| **Total Liabilities** | **$12,838.78** |
| **Equity** | |
| 3800 Owner's Draw | (12,838.78) |
| 3900 Retained Earnings | 0.00 |
| Owner's Contribution | 36,488.81 |
| Net Income | 3,660.97 |
| **Total Equity** | **$27,311.00** |
| **TOTAL LIABILITIES AND EQUITY** | **$40,149.78** |

Friday, Sep 27, 2013 01:31:46 PM PDT GMT-7 - Cash Basis

# PROFIT & LOSS STATEMENT
## SEPTEMBER 2013

# Elko, NV Receivership
# Profit & Loss

## September 2013

|  | Total |
|---|---|
| **Income** | |
| 4000 Rental Revenue | 0.00 |
| 4190 Actual Cash Rent Receipts | 3,034.81 |
| **Total 4000 Rental Revenue** | 3,034.81 |
| **Total Income** | **$3,034.81** |
| **Gross Profit** | **$3,034.81** |
| **Expenses** | |
| 6000 Administrative | 0.00 |
| 6010 Bank Charges | 10.00 |
| 6070 Supplies & Materials | 179.75 |
| **Total 6000 Administrative** | 189.75 |
| 6200 Contract Services | 0.00 |
| 6210 Cleaning | 157.50 |
| **Total 6200 Contract Services** | 157.50 |
| 6400 Repair & Maintenance | 0.00 |
| 6405 HVAC | 175.00 |
| 6406 Building | 376.29 |
| **Total 6400 Repair & Maintenance** | 551.29 |
| 6900 Utilities | 0.00 |
| 6920 Electric | 7.13 |
| 6965 Sewer | 174.84 |
| 6968 Water | 76.20 |
| **Total 6900 Utilities** | 258.17 |
| **Freight & Delivery** | 29.43 |
| **Total Expenses** | **$1,186.14** |
| **Net Operating Income** | **$1,848.67** |
| **Other Expenses** | |
| 7100 Other Expenses | 0.00 |
| 7110 Accounting | 500.00 |
| 7130 Receivership Fees | 16,118.75 |
| **Total 7100 Other Expenses** | 16,618.75 |
| **Total Other Expenses** | **$16,618.75** |
| **Net Other Income** | **$ (16,618.75)** |
| **Net Income** | **$ (14,770.08)** |

Friday, Sep 27, 2013 01:32:08 PM PDT GMT-7 - Cash Basis

# _PROFIT & LOSS STATEMENT_
# _BUDGET VS. ACTUAL_
# _SEPTEMBER 2013_

# Elko, NV Receivership
## Budget vs. Actuals: Elko, NV Receivership - FY14 P&L

**September 2013**

| | Actual | Budget | over Budget |
|---|---|---|---|
| | | Total | |
| **Income** | | | |
| 4000 Rental Revenue | 0.00 | 0.00 | 0.00 |
| 4110 Gross Potential Rent | 0.00 | 0.00 | 0.00 |
| 4190 Actual Cash Rent Receipts | 3,034.81 | 0.00 | 3,034.81 |
| Total 4000 Rental Revenue | 3,034.81 | 0.00 | 3,034.81 |
| 4300 Other Rental Revenue | 0.00 | 0.00 | 0.00 |
| Total Income | $3,034.81 | $0.00 | $3,034.81 |
| Gross Profit | $3,034.81 | $0.00 | $3,034.81 |
| **Expenses** | | | |
| 6000 Administrative | 0.00 | 0.00 | 0.00 |
| 6010 Bank Charges | 10.00 | 0.00 | 10.00 |
| 6015 Dues & Subscriptions | 0.00 | 0.00 | 0.00 |
| 6020 Eviction & Legal Fees | 0.00 | 0.00 | 0.00 |
| 6025 Lease Equipment | 0.00 | 0.00 | 0.00 |
| 6035 Office Expense | 0.00 | 0.00 | 0.00 |
| 6070 Supplies & Materials | 179.75 | 0.00 | 179.75 |
| 6080 Postage & Shipping | 0.00 | 0.00 | 0.00 |
| Total 6000 Administrative | 189.75 | 0.00 | 189.75 |
| 6100 Advertising & Marketing | 0.00 | 0.00 | 0.00 |
| 6110 Banners/Signage | 0.00 | 0.00 | 0.00 |
| 6120 Brochures/Newsletters/Fliers | 0.00 | 0.00 | 0.00 |
| 6125 Internet | 0.00 | 0.00 | 0.00 |
| Total 6100 Advertising & Marketing | 0.00 | 0.00 | 0.00 |
| 6160 Commission | 0.00 | 0.00 | 0.00 |
| 6200 Contract Services | 0.00 | 0.00 | 0.00 |
| 6210 Cleaning | 157.50 | 0.00 | 157.50 |
| 6220 Fire & Safety | 0.00 | 0.00 | 0.00 |
| 6230 Pest Control | 0.00 | 0.00 | 0.00 |
| 6235 NCI Security | 0.00 | 0.00 | 0.00 |
| 6245 Cable TV & Telephone | 0.00 | 0.00 | 0.00 |
| 6250 Internet | 0.00 | 0.00 | 0.00 |
| Total 6200 Contract Services | 157.50 | 0.00 | 157.50 |
| 6300 Insurance | 0.00 | 0.00 | 0.00 |
| 6325 Property Insurance | 0.00 | 0.00 | 0.00 |
| 6330 Flood Insurance | 0.00 | 0.00 | 0.00 |
| Total 6300 Insurance | 0.00 | 0.00 | 0.00 |
| 6400 Repair & Maintenance | 0.00 | 0.00 | 0.00 |
| 6405 HVAC | 175.00 | 0.00 | 175.00 |
| 6406 Building | 376.29 | 0.00 | 376.29 |

|  | | Total | |
| --- | ---: | ---: | ---: |
|  | Actual | Budget | over Budget |
| 6407 Sign Maintenance | 0.00 | 0.00 | 0.00 |
| 6410 Electrical/Lighting | 0.00 | 0.00 | 0.00 |
| 6414 Gates & Fences | 0.00 | 0.00 | 0.00 |
| 6416 Floor Covering | 0.00 | 0.00 | 0.00 |
| 6418 Furniture/Window Covering | 0.00 | 0.00 | 0.00 |
| 6420 Landscaping | 0.00 | 0.00 | 0.00 |
| 6421 Lock & Keys | 0.00 | 0.00 | 0.00 |
| 6422 Materials | 0.00 | 0.00 | 0.00 |
| 6424 Painting | 0.00 | 0.00 | 0.00 |
| 6426 Plumbing | 0.00 | 0.00 | 0.00 |
| Total 6400 Repair & Maintenance | 551.29 | 0.00 | 551.29 |
| 6450 Equipment Repairs | 0.00 | 0.00 | 0.00 |
| 6453 Telephone | 0.00 | 0.00 | 0.00 |
| 6454 Fire Alarm | 0.00 | 0.00 | 0.00 |
| Total 6450 Equipment Repairs | 0.00 | 0.00 | 0.00 |
| 6900 Utilities | 0.00 | 0.00 | 0.00 |
| 6920 Electric | 7.13 | 0.00 | 7.13 |
| 6940 Natural Gas | 0.00 | 0.00 | 0.00 |
| 6945 Rubbish Removal | 0.00 | 0.00 | 0.00 |
| 6965 Sewer | 174.84 | 0.00 | 174.84 |
| 6968 Water | 76.20 | 0.00 | 76.20 |
| Total 6900 Utilities | 258.17 | 0.00 | 258.17 |
| Freight & Delivery | 29.43 | 0.00 | 29.43 |
| Total Expenses | $1,186.14 | $0.00 | $1,186.14 |
| Net Operating Income | $1,848.67 | $0.00 | $1,848.67 |
| Other Expenses | | | |
| 7100 Other Expenses | 0.00 | 0.00 | 0.00 |
| 7110 Accounting | 500.00 | 0.00 | 500.00 |
| 7120 Legal Fees | 0.00 | 0.00 | 0.00 |
| 7130 Receivership Fees | 16,118.75 | 0.00 | 16,118.75 |
| Total 7100 Other Expenses | 16,618.75 | 0.00 | 16,618.75 |
| Total Other Expenses | $16,618.75 | $0.00 | $16,618.75 |
| Net Other Income | $ (16,618.75) | $0.00 | $ (16,618.75) |
| Net Income | $ (14,770.08) | $0.00 | $ (14,770.08) |

Friday, Sep 27, 2013 01:33:16 PM PDT GMT-7 - Cash Basis

# BANK RECONCILIATION & BANK STATEMENT
## SEPTEMBER 2013

## View All Activity

Success

Enter your inquiry criteria in the form fields below, then choose 'View Results'.

☐ Criteria

| | |
|---|---|
| Account Number * | 370153159-MPLDP LLC53159   Lookup |
| Inquiry Type * | All Activity |
| Posting Date | ● All available dates |
| | ○ Range:   From _____   To _____ |

☐ Account Details

| | |
|---|---|
| Account Number: | 370153159-MPLDP LLC53159 |

Balances and Activity as of 02:49:58 PM PT on 09/26/2013

| | | | |
|---|---|---|---|
| Ledger Balance: | $40,969.24 | Current Balance: | $40,969.24 |
| Related Account Balance: | $0.00 | Total Accessible Balance: | $40,969.24 |
| Net Activity Today: | $0.00 | | |

Results 1-47   |<   <   >   >|

| Date | Status | Description | Serial Number | Withdrawal Amount | Deposit Amount | Balance | Image |
|---|---|---|---|---|---|---|---|
| 09/23/2013 | | CHECK | 2220 | $500.00 | | $40,969.24 | |
| 09/20/2013 | | CHECK | 2222 | $157.50 | | $41,469.24 | |
| 09/18/2013 | | CHECK | 2223 | $29.43 | | $41,626.74 | |
| 09/16/2013 | | CHECK | 2225 | $179.75 | | $41,656.17 | |
| 09/16/2013 | | CHECK | 2224 | $6,650.00 | | $41,835.92 | |
| 09/06/2013 | | CHECK | 2219 | $9,468.75 | | $48,485.92 | |
| 09/05/2013 | | CHECK | 2218 | $410.00 | | $57,954.67 | |
| 09/05/2013 | | E-DEPOSIT | 1 | | $3,034.81 | $58,364.67 | |
| 08/26/2013 | | CHECK | 2217 | $500.00 | | $55,329.86 | |
| 08/26/2013 | | CHECK | 2216 | $1,426.22 | | $55,829.86 | |
| 08/20/2013 | | CHECK | 2214 | $157.50 | | $57,256.08 | |
| 08/20/2013 | | E-DEPOSIT | 1 | | $7,201.86 | $57,413.58 | |
| 08/20/2013 | | E-DEPOSIT | 1 | | $1,618.06 | $50,211.72 | |
| 08/19/2013 | | CHECK | 2215 | $258.17 | | $48,593.66 | |
| 08/16/2013 | | CHECK | 2212 | $11,975.00 | | $48,851.83 | |
| 08/14/2013 | | E-DEPOSIT | 1 | | $3,034.81 | $60,826.83 | |
| 08/09/2013 | | CHECK | 2213 | $1,750.00 | | $57,792.02 | |
| 08/06/2013 | | E-DEPOSIT | 1 | | $1,984.43 | $59,542.02 | |
| 08/01/2013 | | E-DEPOSIT | 1 | | $2,010.50 | $57,557.59 | |
| 07/29/2013 | | CHECK | 2211 | $258.17 | | $55,547.09 | |
| 07/29/2013 | | E-DEPOSIT | 1 | | $3,034.81 | $55,805.26 | |
| 07/25/2013 | | CHECK | 2209 | $1,000.12 | | $52,770.45 | |
| 07/19/2013 | | E-DEPOSIT | 1 | | $1,618.06 | $53,770.57 | |
| 07/15/2013 | | E-DEPOSIT | 1 | | $3,600.93 | $52,152.51 | |
| 07/11/2013 | | CHECK | 2210 | $157.50 | | $48,551.58 | |
| 07/10/2013 | | E-DEPOSIT | 1 | | $1,984.43 | $48,709.08 | |
| 07/01/2013 | | CHECK | 2207 | $240.39 | | $46,724.65 | |

| Date | Status | Description | Serial Number | Withdrawal Amount | Deposit Amount | Balance | Image |
|------|--------|-------------|---------------|-------------------|----------------|---------|-------|
| 07/01/2013 | | CHECK | 2204 | $157.50 | | $46,965.04 | |
| 07/01/2013 | | E-DEPOSIT | 1 | | $2,010.50 | $47,122.54 | |
| 06/27/2013 | | CHECK | 2202 | $45.95 | | $45,112.04 | |
| 06/25/2013 | | CHECK | 2206 | $258.17 | | $45,157.99 | |
| 06/24/2013 | | CHECK | 2205 | $90.80 | | $45,416.16 | |
| 06/21/2013 | | CHECK | 2208 | $35.76 | | $45,506.96 | |
| 06/21/2013 | | SERVICE CHARGE DOMESTIC WIRE | | $35.00 | | $45,542.72 | |
| 06/21/2013 | | DOMESTIC WIRE | | $50,000.00 | | $45,577.72 | |
| 06/19/2013 | | CHECK | 2200 | $819.48 | | $95,577.72 | |
| 06/14/2013 | | CHECK | 2203 | $22.11 | | $96,397.20 | |
| 06/14/2013 | | CHECK | 2201 | $90.80 | | $96,419.31 | |
| 06/14/2013 | | E-DEPOSIT | 1 | | $1,618.06 | $96,510.11 | |
| 06/13/2013 | | SERVICE CHARGE INCOMING WIRE-DOM | | $13.00 | | $94,892.05 | |
| 06/13/2013 | | INCOMING WIRE-DOM | | | $9,054.81 | $94,905.05 | |
| 06/12/2013 | | TRANSFER DEBIT TRANSFER TO DEPOSIT ACCOUNT 0370153302 | | $12,838.78 | | $85,850.24 | |
| 06/12/2013 | | E-DEPOSIT | 1 | | $5,484.43 | $98,689.02 | |
| 06/07/2013 | | SERVICE CHARGE INCOMING WIRE-DOM | | $13.00 | | $93,204.59 | |
| 06/07/2013 | | INCOMING WIRE-DOM | | | $77,434.00 | $93,217.59 | |
| 06/03/2013 | | E-DEPOSIT | 1 | | $12,838.78 | $15,783.59 | |
| 06/03/2013 | | E-DEPOSIT | 1 | | $2,944.81 | $2,944.81 | |

# Elko, NV Receivership
# Reconciliation Report
### City National Operating - 3159, Period Ending 09/26/2013

Reconciled on: 09/26/2013 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: dlam@vcrcpas.com

## Summary

| | |
|---|---:|
| Statement Beginning Balance | 55,329.86 |
| Checks and Payments cleared | -17,395.43 |
| Deposits and Other Credits cleared | +3,034.81 |
| Statement Ending Balance | 40,969.24 |
| Uncleared transactions as of 09/26/2013 | -809.46 |
| Register Balance as of 09/26/2013 | 40,159.78 |

## Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 08/22/2013 | Bill Payment | 2218 | After Effects | -410.00 |
| 09/06/2013 | Check | 2219 | United AMS LLC | -9,468.75 |
| 09/13/2013 | Bill Payment | 2220 | Vranes, Coffman, Roberts CPA's | -500.00 |
| 09/13/2013 | Bill Payment | 2222 | Superior Sweeper Services, LLC | -157.50 |
| 09/13/2013 | Bill Payment | 2223 | UPS | -29.43 |
| 09/13/2013 | Bill Payment | 2224 | United AMS LLC | -6,650.00 |
| 09/13/2013 | Bill Payment | 2225 | United AMS LLC | -179.75 |
| Total | | | | -17,395.43 |

Deposits and Other Credits cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 09/05/2013 | Payment | 4555 | Elko Wireless/Verizon | 3,034.81 |
| Total | | | | 3,034.81 |

## Additional Information

Uncleared Checks and Payments as of 09/26/2013

| Date | Type | Num | Name | Amount |
|---|---|---|---|---:|
| 09/13/2013 | Bill Payment | 2221 | After Effects | -551.29 |
| 09/19/2013 | Bill Payment | 2226 | City of Elko Utility Bill | -258.17 |
| Total | | | | -809.46 |

**View All Activity**

| Success |
|---------|

Enter your Inquiry criteria in the form fields below, then choose 'View Results'.

☐ Criteria

Account Number *   370153302-MPLDP LLC53302        | Lookup |

Inquiry Type *   | All Activity |

Posting Date   ⦿ All available dates

⦾ Range:   From |_____| 📅   To |_____| 📅

☐ Account Details

Account Number:        370153302-MPLDP LLC53302

Balances and Activity as of 02:50:22 PM PT on 09/26/2013

| Ledger Balance: | ($10.00) | Current Balance: | ($10.00) |
|---|---|---|---|
| Related Account Balance: | $0.00 | Total Accessible Balance: | ($10.00) |
| Net Activity Today: | $0.00 | | |

Results 1-3   |<| |<| |>| |>|

| Date | Status | Description | Serial Number | Withdrawal Amount | Deposit Amount | Balance | Image |
|------|--------|-------------|---------------|-------------------|----------------|---------|-------|
| 09/20/2013 | | SERVICE CHARGE TNET WIRE OUT-DOM | | $10.00 | | -$10.00 | |
| 09/20/2013 | | TNET WIRE OUT-DOM | | $12,838.78 | | | |
| 06/12/2013 | | TRANSFER CREDIT TRANSFER FROM DEPOSIT ACCOUNT 0370153159 | | | $12,838.78 | $12,838.78 | |

**Elko, NV Receivership**
**Reconciliation Report**
**City National Security - 3302, Period Ending 09/26/2013**

Reconciled on: 09/26/2013 (any changes to transactions after this date aren't reflected on this report)
Reconciled by: dlam@vcrcpas.com

## Summary

| | |
|---|---|
| Statement Beginning Balance | 12,838.78 |
| Checks and Payments cleared | -12,848.78 |
| Deposits and Other Credits cleared | +0.00 |
| Statement Ending Balance | -10.00 |
| Register Balance as of 09/26/2013 | -10.00 |

## Details

Checks and Payments cleared

| Date | Type | Num | Name | Amount |
|---|---|---|---|---|
| 09/20/2013 | Check | | | -12,838.78 |
| 09/20/2013 | Check | | | -10.00 |
| Total | | | | -12,848.78 |

# *DAILY DEPOSITS*
# *SEPTEMBER 2013*

# Elko, NV Receivership
## Check Detail

### September 2013

| Date | Transaction Type | Num | Name | Memo/Description | Clr | Amount |
|------|-----------------|-----|------|-----------------|-----|--------|
| **1000 Cash** | | | | | | |
| **1030 City National Operating - 3159** | | | | | | |
| 09/06/2013 | Check | 2219 | United AMS LLC | | R | (9,468.75) |
| | | | | | | 9,468.75 |
| 09/13/2013 | Bill Payment (Check) | 2220 | Vranes, Coffman, Roberts CPA's | INV2013-1247 | R | (500.00) |
| | | | | | | (500.00) |
| 09/13/2013 | Bill Payment (Check) | 2221 | After Effects | INV 006, 007, 008 | | (551.29) |
| | | | | | | (551.29) |
| 09/13/2013 | Bill Payment (Check) | 2222 | Superior Sweeper Services, LLC | INV4702 | R | (157.50) |
| | | | | | | (157.50) |
| 09/13/2013 | Bill Payment (Check) | 2223 | UPS | 00007VY937363 | R | (29.43) |
| | | | | | | (29.43) |
| 09/13/2013 | Bill Payment (Check) | 2224 | United AMS LLC | INV1199 | R | (6,650.00) |
| | | | | | | (6,650.00) |
| 09/13/2013 | Bill Payment (Check) | 2225 | United AMS LLC | QB Fees May - Sep 2013 | R | (179.75) |
| | | | | | | (179.75) |
| 09/19/2013 | Bill Payment (Check) | 2226 | City of Elko Utility Bill | 5805315.02 46503090.02 | | (258.17) |
| | | | | | | (258.17) |
| **1032 City National Security - 3302** | | | | | | |
| 09/20/2013 | Check | | | | R | (12,838.78) |
| | | | | | | (12,838.78) |
| 09/20/2013 | Check | | | Wire out Fee | R | (10.00) |
| | | | | | | 10.00 |

Thursday, Sep 26, 2013 03:09:02 PM PDT GMT-7

## Elko, NV Receivership
## Deposit Detail

### September 2013

| Date | Transaction Type | Num | Client | Vendor | Memo/Description | Clr | Amount |
|------|-----------------|-----|--------|--------|-----------------|-----|--------|
| **1000 Cash** | | | | | | | |
| **1030 City National Operating - 3159** | | | | | | | |
| 09/05/2013 | Payment | 4555 | Elko Wireless/Verizon | | September Rent | R | 3,034.81 |
| | | | Elko Wireless/Verizon | | | | (3,034.81) |

Thursday, Sep 26, 2013 03:09:21 PM PDT GMT-7

# <u>GENERAL LEDGER/CHECK REGISTER</u>
## <u>OPERATING ACCOUNT</u>
## <u>SEPTEMBER 2013</u>

**Elko, NV Receivership**
**General Ledger**

**September 2013**

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | Balance |
|------|------------------|-----|------|------------------|-------|--------|---------|
| **1000 Cash** | | | | | | | |
| **1030 City National Operating - 3159** | | | | | | | |
| Beginning Balance | | | | | | | 54,919.86 |
| 09/05/2013 | Payment | 4555 | Elko Wireless/Verizon | September Rent | 1100 Accounts Receivable (A/R) | 3,034.81 | 57,954.67 |
| 09/06/2013 | Check | 2219 | United AMS LLC | | 7130 Other Expenses:Receivership Fees | (9,468.75) | 48,485.92 |
| 09/13/2013 | Bill Payment (Check) | 2224 | United AMS LLC | INV1199 | 2001 Accounts Payable (A/P) | (6,650.00) | 41,835.92 |
| 09/13/2013 | Bill Payment (Check) | 2220 | Vranes, Coffman, Roberts CPA's | INV2013-1247 | 2001 Accounts Payable (A/P) | (500.00) | 41,335.92 |
| 09/13/2013 | Bill Payment (Check) | 2221 | After Effects | INV 006, 007, 008 | 2001 Accounts Payable (A/P) | (551.29) | 40,784.63 |
| 09/13/2013 | Bill Payment (Check) | 2222 | Superior Sweeper Services, LLC | INV4702 | 2001 Accounts Payable (A/P) | (157.50) | 40,627.13 |
| 09/13/2013 | Bill Payment (Check) | 2225 | United AMS LLC | QB Fees May - Sep 2013 | 2001 Accounts Payable (A/P) | (179.75) | 40,447.38 |
| 09/13/2013 | Bill Payment (Check) | 2223 | UPS | 00007VY937363 | 2001 Accounts Payable (A/P) | (29.43) | 40,417.95 |
| 09/19/2013 | Bill Payment (Check) | 2226 | City of Elko Utility Bill | 5805315.02 46503090.02 | 2001 Accounts Payable (A/P) | (258.17) | 40,159.78 |
| Total for 1030 City National Operating - 3159 | | | | | | $ (14,760.08) | |
| **1032 City National Security - 3302** | | | | | | | |
| Beginning Balance | | | | | | | 12,838.78 |
| 09/20/2013 | Check | | | | 3800 Owner's Draw | (12,838.78) | 0.00 |
| 09/20/2013 | Check | | | Wire out Fee | 6010 Administrative:Bank Charges | (10.00) | (10.00) |
| Total for 1032 City National Security - 3302 | | | | | | $ (12,848.78) | |
| **Total for 1000 Cash** | | | | | | $ (27,608.86) | |
| **2210 Security Deposits Held** | | | | | | | |
| Beginning Balance | | | | | | | 12,838.78 |
| Total for 2210 Security Deposits Held | | | | | | | |
| **3800 Owner's Draw** | | | | | | | |
| 09/20/2013 | Check | | | | 1032 Cash:City National Security - 3302 | (12,838.78) | (12,838.78) |
| Total for 3800 Owner's Draw | | | | | | $ (12,838.78) | |
| **Owner's Contribution** | | | | | | | |
| Beginning Balance | | | | | | | 36,488.81 |
| Total for Owner's Contribution | | | | | | | |
| **4000 Rental Revenue** | | | | | | | |
| **4190 Actual Cash Rent Receipts** | | | | | | | |
| Beginning Balance | | | | | | | 38,145.69 |
| 09/05/2013 | Invoice | 1021 | Elko Wireless/Verizon | September Monthly Rent 2013 | 1100 Accounts Receivable (A/R) | 2,609.33 | 40,755.02 |
| 09/05/2013 | Invoice | 1021 | Elko Wireless/Verizon | | 1100 Accounts Receivable (A/R) | 425.48 | 41,180.50 |
| Total for 4190 Actual Cash Rent Receipts | | | | | | $3,034.81 | |
| Total for 4000 Rental Revenue | | | | | | $3,034.81 | |
| **6000 Administrative** | | | | | | | |
| **6010 Bank Charges** | | | | | | | |

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | | 61.00 |
| 09/20/2013 | Check | | | | 1032 Cash:City National Security - 3302 | 10.00 | 71.00 |
| **Total for 6010 Bank Charges** | | | | | | **$10.00** | |
| **6070 Supplies & Materials** | | | | | | | |
| Beginning Balance | | | | | | | 181.60 |
| 09/13/2013 | Bill | QB Fees | United AMS LLC | QB Fees May - September 2013 | 2001 Accounts Payable (A/P) | 179.75 | 361.35 |
| **Total for 6070 Supplies & Materials** | | | | | | **$179.75** | |
| **6080 Postage & Shipping** | | | | | | | |
| Beginning Balance | | | | | | | 45.95 |
| **Total for 6080 Postage & Shipping** | | | | | | | |
| **Total for 6000 Administrative** | | | | | | **$189.75** | |
| **6200 Contract Services** | | | | | | | |
| **6210 Cleaning** | | | | | | | |
| Beginning Balance | | | | | | | 472.50 |
| 09/13/2013 | Bill | INV4702 | Superior Sweeper Services, LLC | INV4702 | 2001 Accounts Payable (A/P) | 157.50 | 630.00 |
| **Total for 6210 Cleaning** | | | | | | **$157.50** | |
| **Total for 6200 Contract Services** | | | | | | **$157.50** | |
| **6400 Repair & Maintenance** | | | | | | | |
| **6405 HVAC** | | | | | | | |
| Beginning Balance | | | | | | | 475.00 |
| 09/13/2013 | Bill | INV006 | After Effects | INV006 | 2001 Accounts Payable (A/P) | 175.00 | 650.00 |
| **Total for 6405 HVAC** | | | | | | **$175.00** | |
| **6406 Building** | | | | | | | |
| Beginning Balance | | | | | | | 1,416.26 |
| 09/13/2013 | Bill | INV008 | After Effects | INV008 | 2001 Accounts Payable (A/P) | 50.00 | 1,466.26 |
| 09/13/2013 | Bill | INV007 | After Effects | INV007 | 2001 Accounts Payable (A/P) | 326.29 | 1,792.55 |
| **Total for 6406 Building** | | | | | | **$376.29** | |
| **6410 Electrical/Lighting** | | | | | | | |
| Beginning Balance | | | | | | | 410.00 |
| **Total for 6410 Electrical/Lighting** | | | | | | | |
| **6421 Lock & Keys** | | | | | | | |
| Beginning Balance | | | | | | | 1,014.48 |
| **Total for 6421 Lock & Keys** | | | | | | | |
| **6422 Materials** | | | | | | | |
| Beginning Balance | | | | | | | 31.22 |
| **Total for 6422 Materials** | | | | | | | |
| **6426 Plumbing** | | | | | | | |
| Beginning Balance | | | | | | | 308.86 |
| **Total for 6426 Plumbing** | | | | | | | |
| **Total for 6400 Repair & Maintenance** | | | | | | **$551.29** | |
| **6900 Utilities** | | | | | | | |
| **6920 Electric** | | | | | | | |
| Beginning Balance | | | | | | | 42.89 |

| Date | Transaction Type | Num | Name | Memo/Description | Split | Amount | Balance |
|------|------------------|-----|------|------------------|-------|--------|---------|
| 09/19/2013 | Bill | 5805315.02 | City of Elko Utility Bill | 5805315.02 | 2001 Accounts Payable (A/P) | 4.93 | 47.82 |
| 09/19/2013 | Bill | 46503090.02 | City of Elko Utility Bill | | 2001 Accounts Payable (A/P) | 2.20 | 50.02 |
| **Total for 6920 Electric** | | | | | | **$7.13** | |
| **6945 Rubbish Removal** | | | | | | | |
| Beginning Balance | | | | | | | 240.39 |
| **Total for 6945 Rubbish Removal** | | | | | | | |
| **6965 Sewer** | | | | | | | |
| Beginning Balance | | | | | | | 607.85 |
| 09/19/2013 | Bill | 5805315.02 | City of Elko Utility Bill | 5805315.02 | 2001 Accounts Payable (A/P) | 117.71 | 725.56 |
| 09/19/2013 | Bill | 46503090.02 | City of Elko Utility Bill | | 2001 Accounts Payable (A/P) | 57.13 | 782.69 |
| **Total for 6965 Sewer** | | | | | | **$174.84** | |
| **6968 Water** | | | | | | | |
| Beginning Balance | | | | | | | 159.53 |
| 09/19/2013 | Bill | 5805315.02 | City of Elko Utility Bill | 5805315.02 | 2001 Accounts Payable (A/P) | 47.95 | 207.48 |
| 09/19/2013 | Bill | 46503090.02 | City of Elko Utility Bill | 46503090.02 | 2001 Accounts Payable (A/P) | 28.25 | 235.73 |
| **Total for 6968 Water** | | | | | | **$76.20** | |
| **Total for 6900 Utilities** | | | | | | **$258.17** | |
| **Freight & Delivery** | | | | | | | |
| 09/13/2013 | Bill | 00007VY937363 | UPS | 00007VY937363 | 2001 Accounts Payable (A/P) | 29.43 | 29.43 |
| **Total for Freight & Delivery** | | | | | | **$29.43** | |
| **Travel Meals** | | | | | | | |
| Beginning Balance | | | | | | | 22.11 |
| **Total for Travel Meals** | | | | | | | |
| **7100 Other Expenses** | | | | | | | |
| **7110 Accounting** | | | | | | | |
| Beginning Balance | | | | | | | 2,250.00 |
| 09/13/2013 | Bill | INV2013-1247 | Vranes, Coffman, Roberts CPA's | INV2013-1247 | 2001 Accounts Payable (A/P) | 500.00 | 2,750.00 |
| **Total for 7110 Accounting** | | | | | | **$500.00** | |
| **7130 Receivership Fees** | | | | | | | |
| Beginning Balance | | | | | | | 11,975.00 |
| 09/06/2013 | Check | 2219 | United AMS LLC | | 1030 Cash:City National Operating - 3159 | 9,468.75 | 21,443.75 |
| 09/13/2013 | Bill | INV1199 | United AMS LLC | INV1199 | 2001 Accounts Payable (A/P) | 6,650.00 | 28,093.75 |
| **Total for 7130 Receivership Fees** | | | | | | **$16,118.75** | |
| **Total for 7100 Other Expenses** | | | | | | **$16,618.75** | |

Friday, Sep 27, 2013 01:33:52 PM PDT GMT-7 - Cash Basis

## CORRESPONDENCE/MISCELLANEOUS:

1.  Stipulation Order
2.  Letter from Receiver to Tenants – 9.9.13

1  Richard L. Elmore, Esq. (SBN 1405)
2  J. Stephen Peek, Esq. (SBN 1758)
   David J. Freeman, Esq. (SBN 10045)
   HOLLAND & HART LLP
3  5441 Kietzke Lane, Second Floor
   Reno, NV 89511
4  Telephone (775) 327-3000
   Facsimile (775) 786-6179
5  RElmore@hollandhart.com
   SPeek@hollandhart.com
6  DFreeman@hollandhart.com

7  *Attorneys for Plaintiff Bank of America, N.A.*

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

10  BANK OF AMERICA, N.A.,

               Plaintiff,

11

12  v.

13  MPLDP, LLC, a Nevada limited liability
    company; DEVENDRAKUMAR PATEL, an
14  individual; MEENAKSHI PATEL, an
    individual; PATEL NORTH EASTERN
15  NEVADA CARDIOLOGY PC, a Nevada
    professional corporation; DOE
16  DEFENDANTS I-X; and ROE
    CORPORATE DEFENDANTS XI-XX,
17  inclusive

18                 Defendants.

**Case No. 3:13-cv-00061**

**STIPULATION AND ORDER
AUTHORIZING TURNOVER OF
RECEIVERSHIP PROPERTY AND
ISSUANCE OF A FINAL REPORT**

19

20  **STIPULATION AND ORDER**

21      IT IS HEREBY STIPULATED, AGREED, AND UNDERSTOOD, by and between

22  Plaintiff Bank of America N.A. ("Bank of America" or "Plaintiff"), by and through its

23  attorneys, Holland & Hart, LLP, and Defendants MPLDP, LLC ("Borrower"), Devendrakumar

24  Patel ("D. Patel"), Meenakshi Patel ("M. Patel") and Patel North Eastern Nevada Cardiology,

25  PC ("PNENC") (D. Patel, M. Patel and PNENC are collectively, the "Guarantors") (Borrower

26  and Guarantors are collectively, the "MPLDP Group" or "Defendants"), by and through its

27  attorneys, Loizzi and Associates, P.C. and Consumer Attorney Services, The McCann Law

28  Group, LLP, and Dotan Y. Melech, President of United AMS, the Court appointed receiver (the

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511

6315016_1.DOCX

1  "Receiver") (Plaintiff, Defendants and the Receiver are individually referred to herein as a

2  "party" and collectively as the "parties"), that it is appropriate to enter an order authorizing the

3  Receiver to turn over possession of the real property located at 2715 Argent Ave., Elko, NV

4  89801 (the "Property") to Borrower. The parties accordingly submit this Stipulation and Order

5  for the approval and enforcement of the Court and hereby stipulate as follows:

6       1.      Plaintiff initiated this action by filing a Complaint on the 8th day of February,

7  2013, for the appointment of a receiver for the operation, management, inspection, and possible

8  disposition of the real property owned by Defendant MPLDP, LLC ("Borrower") and located at

9  2715 Argent Ave., Elko, NV 89801 bearing Assessor Parcel Number 001-660-099 (the

10  "Property"), under the authority of NRS 107.100, NRS 107A.260 and NRS 32.010 and certain

11  loan documents evidencing and securing a $1.7 million loan issued to Borrower by Plaintiff.

12       2.      On May 23, 2013, this Court appointed Dotan Y. Melech (the "Receiver") as

13  receiver over the Property for purposes of protecting such Property during the pendency of

14  foreclosure proceedings instituted by Plaintiff. [Dkt. No. 30].

15       3.      On or about June 21, 2013, Borrower satisfied the total indebtedness secured by

16  the Loan Documents.

17       4.      Because Borrower has satisfied the indebtedness secured by the Loan

18  Documents, the parties hereby stipulate to an immediate order allowing the Receiver to turn

19  over possession of the Property to Borrower within 10 business days from the date of the entry

20  of the order, which leaves the Receiver with no assets to administer in the estate.

21       5.      The Receiver shall file a final report within thirty (30) days, which shall include

22  (1) a declaration or declarations (i) stating what was done during the receivership; (ii) certifying

23  the accuracy of the final accounting; (iii) stating the basis for the termination of the receivership

24  (such as foreclosure or reinstatement); and (iv) stating the basis for an order for the distribution

25  of any surplus or payment of any deficit; and (2) a summary of the receivership accounting,

26  which shall include (i) the total revenues received; (ii) the total expenditure identified and

27  enumerated by major categories; (iii) the net amount of any surplus or deficit; and (iv) evidence

28  of necessary supporting facts (the "Final Report"). [Dkt. No. 30, at ¶ 32].

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511

6. Upon entry of this Stipulation and Order, Plaintiff's Emergency Motion for Order Authorizing Turnover of Receivership Property and Issuance of a Final Report [Dkt. No. 31] shall be rendered moot and, accordingly, withdrawn.

DATED this 18th day of July, 2013.

DATED this 18th day of July, 2013.

/s/David J. Freeman
Richard L. Elmore, Esq.
J. Stephen Peek, Esq.
David J. Freeman, Esq.
Holland & Hart LLP
5441 Kietzke Lane, Second Floor
Reno, NV 89511

/s/Steven T. Loizzi
Steven T. Loizzi , Jr., Esq.
Loizzi and Associates, P.C. and
The McCann Law Group, LLP
Consumer Attorney Services
3530 E. Flamingo Rd.
Las Vegas, NV 89121

*Attorneys for Plaintiff Bank of America, N.A.*

*Attorneys for Defendants*

DATED this 18th day of July, 2013.

/s/Dotan Y. Melech
Dotan Y. Melech
President
United AMS
8350 W. Sahara Ave., Suite #290
Las Vegas, Nevada 89117

*Receiver Appointed in*
*Case No. 3:13-cv-00061*

**IT IS SO ORDERED**

Dated this 6th day of September, 2013.

UNITED STATES DISTRICT JUDGE

HOLLAND & HART LLP
5441 Kietzke Lane, 2nd Floor
Reno, Nevada 89511



www.UnitedAMS.com

September 9, 2013

**RE:  *Change in Management – 2715 Argent Ave., Elko, NV 89801***

Valued Tenant:

Please note that effective today, 9.9.13, the Receiver and United AMS, LLC have been dismissed by the court from managing the property located at the above address.

As of today, management of the property will be returned to the owners of the property, MPLDP, LLC and Mr. and Mrs. Patel.

Please use any prior contact information you may have in order to contact the owners regarding your needs and/or concerns.   However, please contact our office at 702.586.7413, should you not have the current contact information!

It has been a pleasure to serve you!

Sincerely,

Susanne Shultis/Project Manager
United AMS, LLC

## *AGREEMENTS:*

1. None for this period

**DOTAN Y. MELECH**
UNITED AMS, LLC
8350 W. Sahara Ave., Suite 290
Las Vegas, Nevada 89117
Ph:    702. 586.7413
Fax:   702.586.9275

*Receiver*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | |
| Plaintiff, | Case No. 3:13-cv-00061 |
| v. | |
| MPLDP, LLC, a Nevada limited liability company; DEVENDRAKUMAR PATEL, an individual; MEENAKSHI PATEL, an individual; PATEL NORTH EASTERN NEVADA CARDIOLOGY PC, a Nevada professional corporation; DOE DEFENDANTS I-X; and ROE CORPORATION DEFENDANTS XI-XX, inclusive, | **[PROPOSED] ORDER APPROVING RECEIVER'S FINAL REPORT AND REQUEST FOR DISCHARGE AND TO CLOSE CASE** |
| Defendants. | |

## [PROPOSED] ORDER APPROVING RECEIVER'S FINAL REPORT AND REQUEST FOR DISCHARGE AND TO CLOSE CASE

Receiver, Dotan Y. Melech, United AMS, LLC, having brought on its Motion to Approve Receiver's Final Report and Request for Discharge and to Close Case, by and through himself, with no other appearances and the Court having considered the pleadings and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Receiver's Final report is approved;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Receiver is discharged of his duties and the receivership is hereby terminated.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the case is closed.

1    **IT IS SO ORDERED.**

2

3    Dated this _____ day of _____ 2013.

4

5
                                        _____
6                                       DISTRICT COURT JUDGE

7    Respectfully submitted by:

8    **DOTAN Y. MELECH**

9

10   /s/ Dotan Y. Melech

11   Dotan Y. Melech/Receiver

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DOTAN Y. MELECH**
UNITED AMS, LLC
8350 W. Sahara Ave., Suite 290
Las Vegas, Nevada 89117
Ph:     702. 586.7413
Fax:    702.586.9275

*Receiver*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BANK OF AMERICA, N.A.,

                    Plaintiff,

v.

MPLDP, LLC, a Nevada limited liability
company; DEVENDRAKUMAR PATEL, an
individual; MEENAKSHI PATEL, an individual;
PATEL NORTH EASTERN NEVADA
CARDIOLOGY PC, a Nevada professional
corporation; DOE DEFENDANTS I-X; and ROE
CORPORATION DEFENDANTS XI-XX,
inclusive,

                    Defendants.

Case No. 3:13-cv-00061

**CERTIFICATE OF SERVICE**

    COMES NOW, Receiver Dotan Y. Melech of United AMS, LLC, and hereby files this

Certificate of Service.  This Notice is made and based on all papers and pleadings herein, all

exhibits attached and all oral argument herein, if any.


    Dated this 18th day of October 2013.


                            DOTAN Y. MELECH


                            /s/ Dotan Y. Melech
                            8350 W. Sahara Ave., Suite 290
                            Las Vegas, NV 89117
                            *Receiver*

**DOTAN Y. MELECH**
UNITED AMS, LLC
8350 W. Sahara Ave., Suite 290
Las Vegas, Nevada 89117
Ph:      702. 586.7413
Fax:    702.586.9275

*Receiver*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>                              Plaintiff,<br>v.<br><br>MPLDP, LLC, a Nevada limited liability company; DEVENDRAKUMAR PATEL, an individual; MEENAKSHI PATEL, an individual; PATEL NORTH EASTERN NEVADA CARDIOLOGY PC, a Nevada professional corporation; DOE DEFENDANTS I-X; and ROE CORPORATION DEFENDANTS XI-XX, inclusive,<br><br>                              Defendants. | Case No. 3:13-cv-00061<br><br>**CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 18th day of October, 2013, and pursuant to EDCR

7.26. EDCR 8.01, et al., and NRCP 5(b), I caused the document entitled Motion to Approve

Final Report and Request for Discharge and to Close Case, to be served by UPS mail:


| | |
|---|---|
| David Freeman | Mr. & Mrs. Patel |
| Holland & Hart, LLP | MPLDP, LLC |
| dfreeman@hollandhart.com | danpat101@gmail.com |
| Attorney for:  Plaintiff | meena564@hotmail.com |
| | Defendants |

| | |
|---|---|
| 1 | Holland & Hart, LLP: |
| 2 | 9555 Hillwood Dr., 2nd Floor |
| 3 | Las Vegas, NV 89134 |

MPLDP, LLC:

PO Box 2636

Elko, NV 89803

Dated this 18th day of October 2013.

**DOTAN Y. MELECH**

UNITED AMS, LLC
8350 W. Sahara Ave., Suite 290
Las Vegas, Nevada 89117

-2

10/18/13 3:54 PM

1 of 1

SHIP TO:
ATTN: DAVID FREEMAN
HOLLAND & HART, LLP
2ND FLOOR
9555 HILLWOOD DRIVE
LAS VEGAS NV 89134-0532

UNITED AMS
7025867413
UNITED AMS
8350 W. SAHARA AVE.
LAS VEGAS NV 89117

2 LBS

DWT: 13,11.2

1 OF 1

**NV 891 9-03**

UPS NEXT DAY AIR

TRACKING #: 1Z 7VY 937 01 9161 0603

1

BILLING: P/P

UPS 15.6.12    MAGNV59-42.0A 07/2013

---

FOLD HERE

---

**UPS Internet Shipping: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed sheet containing the label at the line so that the entire shipping label is visible. Place the label on a single side of the package and cover it completely with clear plastic shipping tape. Do not cover any seams or closures on the package with the label. Place the label in a UPS Shipping Pouch.** If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.**
   Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
   Hand the package to any UPS driver in your area.
   Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com.

   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

UPS Internet Shipping: Shipment Label



FOLD HERE

**UPS Internet Shipping: View/Print Label**

1.  **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2.  **Fold the printed sheet containing the label at the line so that the entire shipping label is visible.** Place the label on a single side of the package and cover it completely with clear plastic shipping tape. **Do not cover any seams or closures on the package with the label.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3.  **GETTING YOUR SHIPMENT TO UPS**
    UPS locations include the UPS Store®, UPS drop boxes, UPS customer centers, authorized retail outlets and UPS drivers.
    Schedule a same day or future day Pickup to have a UPS driver pickup all of your Internet Shipping packages.
    Hand the package to any UPS driver in your area.
    Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the 'Find Locations' Quick link at ups.com.

    **Customers with a Daily Pickup**
    Your driver will pickup your shipment(s) as usual.